# EXHIBIT A

# Table of Contents

Foreword..................................................................................................................................................................................................2

New Vehicle Warranty Coverage Summary....................................................................................................................................3

SUBARU Limited Warranties..............................................................................................................................................................4

New Vehicle Limited Warranty..........................................................................................................................................................4

Powertrain Limited Warranty............................................................................................................................................................5

Rust Perforation Limited Warranty..................................................................................................................................................5

What is Not Covered............................................................................................................................................................................7

Federal Emission Control Systems Warranties..............................................................................................................................9

California Emission Control Systems Warranties.........................................................................................................................12

California PZEV Emission Control Warranties for 2013 SUBARU Legacy, Outback, Forester 2.5L, and Impreza 2.0L Non-turbo ..............16

Limited Warranty for Genuine SUBARU Replacement Parts and Accessories.......................................................................22

Tips for Receiving Continuing Satisfaction From Your New SUBARU.....................................................................................25

Driving Hints......................................................................................................................................................................................26

Safety Inspection...............................................................................................................................................................................28

Schedule of Inspection and Maintenance Services ....................................................................................................................29

Record of Inspection and Maintenance Services.........................................................................................................................38

If you have a question or problem concerning the operation of your SUBARU, please refer to Page 25 for additional information. Updated July 2012.

**SUBARU and** ⬯ **are registered trademarks of FUJI HEAVY INDUSTRIES LTD.**

1

## To the New Subaru Owner:

We congratulate and thank you for your purchase of a SUBARU vehicle and extend to you our best wishes for many miles of happy and trouble-free motoring.

Your SUBARU has been designed and produced to give long service with a minimum of attention. A generous warranty, plus a nationwide network of dealers with service facilities, are provided to SUBARU owners to protect their investment in their SUBARU products. If your SUBARU should require service when traveling, or if you have any unusual problems or comments, you may locate the nearest Authorized SUBARU Dealer or Distributor by calling our toll-free customer service HELP LINE at 1-800-SUBARU3 (1-800-782-2783).

Prior to delivery of your SUBARU, your Authorized SUBARU Dealer has carefully checked, inspected and performed certain adjustments to your vehicle, following procedures recommended by the manufacturer, to assure that your SUBARU is delivered to you in the best possible condition.

Your dealer has presented you with a Change of Address/Subsequent Owner Registration Card. The National Traffic and Motor Vehicle Safety Act of 1966 makes it necessary that we be in a position to contact each individual SUBARU owner, if required. Therefore, if you change your address, you are requested to complete the information on the card and mail it to us. Similarly, if you resell your SUBARU, we request that the new owner information be completed on the card and mailed to us so that we will be able to contact the

new owner. In the event you do resell your SUBARU, we also request that you deliver this Warranty & Maintenance Booklet and Owner's Manual to the new owner so that he or she will know of any remaining warranty coverage.

This SUBARU Warranty & Maintenance Booklet is an important document for the service of your SUBARU. This Booklet should be carried in your vehicle at all times and made available to your Authorized SUBARU Dealer if warranty service is needed. This Booklet contains recommended services at prescribed mileages and/or times to keep your SUBARU in proper operating condition. You should make certain the record of services performed on your SUBARU are validated in the space(s) provided in this Booklet by the Authorized SUBARU Dealer or other service facility which performs those services.

Your SUBARU is designed to operate on unleaded gasoline only.

**SUBARU of America, Inc.**
SUBARU Plaza
P.O. Box 6000
Cherry Hill, NJ 08034-6000

SUBARU of America, Inc. ("SOA")

| 1 YEAR Unlimited Mileage | 2 YEARS 24,000 Miles | 3 YEARS See below for Mileage | 5 YEARS See below for Mileage | 7 YEARS 70,000 Miles | 8 YEARS 80,000 Miles | 8 YEARS 100,000 Miles | 15 YEARS 150,000 Miles |
|---|---|---|---|---|---|---|---|
| Replacement Parts Limited Warranty | | | | | | | |
| Federal Specification Emissions Performance Warranty | | | | | | | |
| New Vehicle Limited Warranty/36,000 Miles | | | | | | | |
| Federal Specification Emissions Defect Warranty/36,000 Miles | | | | | | | |
| California Specification Emissions Performance and Defect Warranty/50,000 Miles | | | | | | | |
| Rust Perforation Limited Warranty/Unlimited Mileage | | | | | | | |
| Powertrain Limited Warranty/60,000 Miles | | | | | | | |
| California Specification Emissions Extended Defect Warranty | | | | | | | |
| Federal Specification Emissions Extended Defect Warranty | | | | | | | |
| California Emission Extended Warranty (See Page 12, Manufacturer's Warranty Coverage) | | | | | | | |
| California PZEV Emission Performance/Defect (See Page 16) | | | | | | | |

SUBARU of America, Inc. ("SOA") is the sole distributor of SUBARU vehicles in the Continental United States and offers these warranties on U.S. model vehicles only. For complete details on warranty coverages and exclusions, please refer to the warranties in this Booklet.

# Subaru Limited Warranties

## Who Makes These Warranties

These warranties are made by SUBARU of America, Inc. ("SOA")*, SUBARU Plaza, P.O. Box 6000, Cherry Hill, NJ 08034-6000.

## When These Warranties Apply

These warranties only apply if the vehicle was imported or distributed by SOA and sold to the first retail purchaser by an Authorized SUBARU Dealer in the United States. Any and all repairs must be performed by an Authorized SUBARU Dealer located in the United States. Every owner of the vehicle during the warranty period shall be entitled to the benefits of these warranties. If the vehicle is sold or otherwise transferred, it is recommended and requested that the new owner promptly send written notice of the transfer of ownership to SOA at the address indicated above.

## Warranty Periods

Warranty coverage begins on the date the vehicle is delivered to the first retail purchaser. If the vehicle was used as a demonstrator or company vehicle before being sold at retail, warranty coverage begins on the date the vehicle was first placed in such service.

## What Is Covered

These warranties cover any repairs needed to correct defects in material or workmanship reported during the applicable warranty period and which occur under normal use:

- In any part of the 2013 model year SUBARU which is identified on the inside front cover of this Warranty & Maintenance Booklet (the "vehicle")
- Any Genuine SUBARU Optional Accessories**
- In addition, adjustment services are covered one time only during the first 36 months/36,000 miles of operation, whichever comes first.

## New Vehicle Limited Warranty

BASIC COVERAGE is 3 years or 36,000 miles, whichever comes first. Subject to the exclusions listed in this warranty, it covers the entire vehicle.

## Seat Belt Lifetime Limited Warranty

SEAT BELT COVERAGE lasts for the useful life of the vehicle and includes seat belts and related components which fail to function properly during normal use.

This warranty does not apply to cosmetic appearance, such as color fading, when the seat belts function properly. Coverage also excludes any electrical related components or body anchor points.

## Wear Item Limited Warranty

WEAR ITEM COVERAGE is 3 years or 36,000 miles, whichever comes first. Items covered are brake pad/shoe linings, clutch linings, and wiper blades.

---

 * For vehicles delivered in Hawaii only, this warranty is made by SUBARU Hawaii, 2850-A Pukoloa St., Suite 202, Honolulu, HI 96819, 808-564-2260, which is solely responsible for all matters related to the warranty on such vehicles. For simplicity in this warranty only, SUBARU Hawaii will also be called "SOA".

** Genuine Subaru Accessories are specifically designed, approved, and supplied by SOA for installation on Subaru vehicles. The Subaru Limited Warranties cover any repairs needed to correct defects in material or workmanship, which occur under normal use, in any Genuine Subaru Replacement Part or Accessory. This warranty only applies to a Genuine Subaru Replacement Part or Accessory purchased for use on an applicable Subaru vehicle from an Authorized Subaru Dealer located in the United States.

4

# Subaru Limited Warranties (cont.)

## Powertrain Limited Warranty

POWERTRAIN COVERAGE for all models is 5 years or 60,000 miles, whichever comes first. Subject to the exclusions listed in this warranty, it covers the major powertrain components listed below.

## Powertrain Coverage Components:

Engine
Engine block and all internal parts
Cylinder heads and valve trains
Oil pump, oil pan
Timing belts or gears and cover
Water pump
Flywheel
Intake and exhaust manifolds
Oil seals and gaskets

## Transaxle/Transmission and Differential:

Transaxle/Transmission case and internal parts
Torque converter
Electronic transmission control unit
Seals and gaskets
Axle shafts and constant velocity joints [except boots]*
Propeller shaft
Wheel bearings

## Rust Perforation Limited Warranty

RUST PERFORATION COVERAGE for all models is 5 years, regardless of mileage. Subject to the exclusions listed in this warranty, defective original body sheet metal panels that are rusted completely through from the inside out (perforated by corrosion) will be repaired or, at the option of SOA or your Authorized SUBARU Dealer, replaced without charge to you for labor and materials. The following items are not covered: (1) rusting of the outside of the underbody (floor pan) or any other part of the vehicle except body panels; (2) rust resulting from alteration of any body panels; (3) rust as a result of damage to paint caused by normal road hazards such as stones or other debris; (4) body panel rust caused by abuse, lack of maintenance, or damage to the vehicle; (5) rust caused by sand, mud, salt, submergence of a body panel in water, exposure to industrial fallout, chemical fallout, tree sap, hail, or other causes beyond the control of SOA; (6) replacement body sheet metal panels and (7) other items listed under "What is Not Covered" (later in this section).

Rust Perforation Coverage applies to perforation due to corrosion only. Perforation is a rust-through condition, such as an actual hole in a sheet metal panel. Cosmetic or surface corrosion, such as that caused by stone chips or scratches in the paint, is not covered under this warranty. In addition, SOA or your Authorized SUBARU Dealer reserves the right to decide whether painting the repaired or replaced panel to match the original finish is feasible. SOA will not, under any circumstances, pay for painting the entire vehicle solely to match paint color.

Since your vehicle was designed and built to resist corrosion, use of additional rust-inhibiting materials is not necessary and not a requirement for coverage under this warranty. Whether to obtain such additional protection is your decision.

* Axle shaft and/or CVJ damage due to broken, torn, split or damaged boots, allowing the intrusion of road abrasive material, is not coverable under warranty.

5

## Repairs at No Charge

Defective parts will be repaired, or at the option of SOA or your Authorized SUBARU Dealer, replaced with a new or remanufactured parts without charge to you for labor and materials.

## Obtaining Repairs

Warranty claims must be made as soon as reasonably possible after a defect is discovered, but before the end of warranty coverage on the particular part. It is recommended that warranty repairs be performed by the Authorized SUBARU Dealer who sold you the vehicle, although warranty service will be performed by any Authorized SUBARU Dealer anywhere in the United States. When a warranty repair is needed, your vehicle must be brought to an Authorized SUBARU Dealer's place of business during normal business hours. A reasonable time must be allowed for the dealership to perform necessary repairs. Within the New Vehicle Limited Warranty period, if any part needed to make repairs is temporarily unavailable anywhere in the United States, you may be eligible, under the terms of the SUBARU Owner Assistance Alternate Transportation Program, for a substitute vehicle during the time your vehicle is out of service for warranty repairs. See your Authorized SUBARU Dealer for additional details.

## Towing

SOA will pay the cost of having your vehicle towed to the nearest Authorized SUBARU Dealer if it cannot be driven due to a defect covered by these warranties.

## Emergency Repairs

In case of an emergency in which there are no Authorized SUBARU Dealers open for business within a distance of 75 miles, minor repairs needed to ensure the safe operation of the vehicle may be made at any available service facility. SOA will reimburse you up to a maximum amount of $500.00 for any such emergency repairs that are eligible for coverage under this warranty. However, SOA is not obligated to reimburse you at a cost for warranted parts replaced which is higher than SOA's suggested retail price or for labor charges which are higher than SOA's recommended time allowance for the repair multiplied by a labor rate per hour appropriate for your location. To make a claim for reimbursement, you must present all replaced parts, your copy of the paid receipt and a written description of the emergency situation to any Authorized SUBARU Dealer within 15 days of the emergency repair. Once verified, the dealer will submit your claim for processing and you will receive reimbursement for all approved claims directly from SOA within 60 days. SOA reserves the right to have all emergency repairs inspected when a claim is made and assumes no liability for the workmanship of the repair facility or for any non-genuine SUBARU parts or accessories used in the repair.

## Warning Concerning Non-Genuine Accessories and Equipment

Genuine SUBARU Accessories are optional equipment items approved, recommended, and supplied by SOA for installation on the vehicle. Some dealers sell Genuine SUBARU Accessories as well as other accessories and equipment. These warranties apply only to Genuine SUBARU Accessories. They do not apply to any other accessories and equipment.

## Your Maintenance Responsibilities

It is your responsibility to have all scheduled inspection and maintenance services performed at the times and mileages recommended at the back of this Booklet and to retain proof that inspection and maintenance services are performed when recommended. One method of proof is for you to have each maintenance service record contained in this Booklet validated at the proper time or mileage by the Authorized SUBARU Dealer or other service facility performing the service. You are also responsible for checking such items as fluid levels and tire pressures regularly.

## General

Under these warranties, parts that malfunction or fail during the warranty period as a result of a manufacturing defect will be repaired without charge. The servicing Authorized SUBARU Dealer also will replace, without charge, all lubricants and fluids which become contaminated as a result of making any such repairs.

SOA, its Distributors and Authorized SUBARU Dealers reserve the right to make changes in vehicles sold by them at any time without incurring any obligation to make the same or similar changes in vehicles previously sold by them.

**THESE WARRANTIES AND THE EMISSION RELATED WARRANTIES APPEARING ELSEWHERE IN THIS BOOKLET ARE THE ONLY EXPRESS WARRANTIES BY SOA ON THE VEHICLE AND ON GENUINE SUBARU OPTIONAL ACCESSORIES INSTALLED ON THE VEHICLE PRIOR TO DELIVERY.**

**THESE WARRANTIES ARE LIMITED IN DURATION TO THE TIME PERIOD OF THE WRITTEN WARRANTIES. THESE WARRANTIES ARE IN LIEU OF ALL OTHER OBLIGATIONS, LIABILITIES OR WARRANTIES, WHETHER EXPRESS OR IMPLIED. ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE END AT THE SAME TIME COVERAGE ON THE PARTICULAR COMPONENT ENDS.** SOA, its Distributors, and Authorized SUBARU Dealers do not authorize any person to assume for any of them any obligations or liabilities greater than or different from those set forth in these warranties. Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply. These warranties give you specific legal rights and you may also have other rights under state law.

---

⚠ **All WRX-STI and certain Forester, Tribeca and WRX models are equipped with High Intensity Discharge (HID) headlights that contain mercury. Additionally, mercury parts are contained in the Tribeca (navigation screen display system and rear seat entertainment screen display system if equipped). For this reason, it is necessary to remove these components before vehicle disposal. Once removed, please reuse, recycle or dispose of as hazardous waste.**

**No other models contain the mercury devices or parts.**

---

## What is Not Covered
### Parts Covered by Other Warranties
These warranties do not cover any parts, such as tires, which are covered by their own separate warranties.

### Maintenance and Adjustment Services; Normal Deterioration
These warranties do not cover the cost of parts or labor involved in performing any normal maintenance services. There is also no coverage for normal deterioration or fading of paint, soft trim, cosmetic and appearance items.

### Damage or Malfunction Due to Improper Repair or Unauthorized Parts
These warranties do not cover any part which malfunctions, fails or is damaged due to any unauthorized alteration or modification made to the vehicle such as the removal of parts or the installation of parts, equipment or accessories or improper repairs or adjustments not approved or recommended by SOA.

### Damage or Malfunction Due to Abuse, Neglect, Accident or Fire
These warranties do not cover any part which malfunctions, fails or is damaged due to objects striking the vehicle, road hazards, whether on or off the road, accident, fire, neglect, abuse or any other cause beyond the control of SOA.

### Damage Caused by a Non-Covered, Unauthorized Part
These warranties do not cover damage to a covered component directly caused by the failure of a non-covered part, accessory or occurrence of event.

### Damage Caused Due to Use of Vehicle in Competitive Events
These warranties do not cover damage to any component that is the result of operating the vehicle in any competition or racing event.

7

## Damage or Malfunctions Due to Lack of Maintenance or Failure to Follow Instructions

These warranties do not cover any part which malfunctions, fails or is damaged due to a failure to follow the operating instructions set forth in the Owner's Manual (e.g., failure to use proper fuel) or a failure to follow the Schedule of Recommended Inspection and Maintenance Services set forth in this Booklet.

## Damage Caused by the Environment

These warranties do not cover damage caused by airborne fallout (which includes but is not limited to chemicals, tree sap, and bird droppings), salt, water, flooding, hail, windstorm, lightning, extreme temperatures, or any other environmental cause.

## Repairs by Non-Authorized Subaru Dealers

Except in the case of emergency repairs as previously explained, labor and material expenses for repairs performed at any facility other than that of an Authorized SUBARU Dealer are not covered.

## Vehicles Ineligible for Warranty Coverage

The vehicle is not eligible for warranty coverage if the vehicle identification number is altered or cannot be read; if the vehicle has been declared a total loss or sold for salvage purposes; if the vehicle has been dismantled, destroyed or changed in such a manner that constitutes a material alteration of its original construction; if the odometer mileage has been changed so that mileage cannot be readily determined.

## Applied Chemicals

These warranties do not cover any part of the vehicle's finish which is damaged by adding or applying chemicals other than those approved or recommended by SOA.

## Damage Caused by a Non-Covered Part

These warranties do not cover damage to a covered component directly caused by the failure of a non-covered part or occurrence of event.

## Commercial Use

These warranties do not cover any part which malfunctions, fails or is damaged due to commercial use of the vehicle, unless this exclusion is expressly waived in writing by SOA.

## Other Expenses

**SOA, ITS DISTRIBUTORS, AND AUTHORIZED SUBARU DEALERS SHALL NOT BE LIABLE FOR ANY LOSS OF USE OF THE VEHICLE; FOR ANY ALTERNATE TRANSPORTATION, LODGING, FOOD OR TELEPHONE EXPENSES; FOR ANY DAMAGE TO GOODS, COMMERCIAL LOSS, LOSS OF TIME OR INCONVENIENCE; OR FOR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES.** Some states do not allow the exclusion or limitation of incidental or consequential damages; therefore, the above limitation or exclusion may not apply to you.

The following is the SOA, new vehicle Federal emission control warranty statements which apply to vehicles distributed by SOA within the United States. These warranties do apply to vehicles sold and registered in states which have adopted California Specification Emission Control Systems and Warranties.* California vehicles destined for sale in other states that adopt California standards are subject to the same Federal emissions warranty as other motor vehicles. This Federal warranty is in addition to, and not voided by, the applicable state standards and/or warranty. Every owner of the vehicle during the warranty period shall be entitled to the benefits of these warranties.

## Limited Warranties on Federal Specification Emission Control Systems

SUBARU of America, Inc. (SOA)** warrants to the owner of the 2013 model year SUBARU vehicle which is identified on the inside front cover of this Warranty & Maintenance Booklet (the "vehicle") that the vehicle (1) was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the U.S. Environmental Protection Agency (EPA), including section 207(a) of the Clean Air Act (CAA), and (2) is free from defects in materials and workmanship which cause it to fail to conform with those regulations. Items that require scheduled replacement are warranted up to the replacement interval as specified in the schedule of inspection and maintenance services listed in this manual beginning on Page 29. The warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is first placed in such service. Exceptions to these warranties are listed below under the heading "What is Not Covered."

## Emission Performance Warranty

Some states and local jurisdictions have established periodic vehicle emissions tests to encourage proper vehicle maintenance.

If within the 2 years/24,000 miles, whichever comes first, performance warranty period, your vehicle fails an emissions test approved by the U.S. Environmental Protection Agency (EPA), including section 207(b) of the CAA, which is required by the state or local government where the vehicle is registered for use, your 2013 model year SUBARU vehicle is eligible for coverage under this warranty provided all of the following conditions apply:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the Owner's Manual and in this Warranty & Maintenance Booklet supplied with the vehicle;
2. The vehicle fails to conform during the warranty period of 2 years/24,000 miles, whichever comes first, to the applicable emission standards of the EPA as judged by an EPA-approved emissions test; and
3. The failure to conform results or will result in the owner of the vehicle having to bear a penalty or other sanction (including the denial of the right to use the vehicle) under local, state or federal law if the nonconformity is not remedied within a specified period of time.

If the vehicle is eligible for coverage under this warranty, any non-conformities in the vehicle which cause it to fail an EPA-approved emissions test will be repaired, or at the option of SOA or your Authorized SUBARU Dealer, replaced using new or remanufactured parts or adjusted to proper specifications, at no charge to you for labor and materials (including necessary adjustments and diagnosis), in order to make the vehicle comply with applicable emissions standards of EPA. No claim under this warranty will be denied on the basis of your use of a properly installed EPA-certified emissions part for maintenance and repair.

*California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington.
**For vehicles delivered in Hawaii only, SUBARU Hawaii, 2850-A Pukoloa St., Suite 202, Honolulu, HI 96819, has assumed all of the obligations of SOA under this warranty.

# Federal Emission Control Systems Warranties (cont.)

## Emissions Defect Warranty

If within the 3 years/36,000 miles, whichever comes first, basic warranty period, any defective emission control part identified on the Federal Emission Warranty parts list (see Page 20) fails, it will be repaired or, at the option of SOA or your Authorized SUBARU Dealer, replaced with a new or remanufactured part without charge to you for labor and materials.

## Emissions Extended Defect Warranty

For a period of 8 years/80,000 miles, whichever occurs first, specific Major Emissions Control Components — catalytic converter, electronic emissions control unit and the onboard emissions diagnostic device — are also covered by the Federal Emissions Defect Warranty.

> The Federal Emission Performance or Defect Warranties may be subject to future governmental regulatory action. SOA, reserves the right to change the terms of these warranties to be consistent with these actions. See your dealer for information regarding possible changes.

## What SOA Will Do; How to Get Warranty Service

Defective parts will be repaired, or at the option of SOA or your Authorized SUBARU Dealer, replaced with a new or remanufactured part without charge to you for labor and materials. Warranty claims must be made as soon as reasonably possible after a defect is discovered, but before the end of the warranty coverage.

It is recommended that warranty service be performed by the SUBARU Dealer who sold you the vehicle, although warranty service will be performed by an Authorized SUBARU Dealer located anywhere in the United States. The vehicle must be brought to a SUBARU Dealer's place of business during normal business hours. You will be notified in writing, as needed, to whether or not the repair qualifies under the warranty within a reasonable time (not to exceed 30 days after receipt of the vehicle by the Dealer, or within the time period required by

local or state law). The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your Dealer or SUBARU. If you are not so notified, SUBARU will provide any required repairs at no charge.

## Your Maintenance Responsibility

It is your responsibility to have all required scheduled maintenance services performed at the times and mileages stated in the Owner's Manual and this Warranty & Maintenance Booklet. SOA recommends that you retain receipts and maintenance records which show that the required maintenance services have been performed at the stated intervals. Receipts and maintenance records should be given to each subsequent owner of the vehicle.

## Recommendations for Maintenance Service Replacement Parts

It is recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be Genuine SUBARU Replacement Parts. Without invalidating this warranty, you may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use parts other than Genuine SUBARU Replacement Parts, for such maintenance, replacement or repair. However, the cost of such service or parts will not be covered under this warranty.

Use of replacement parts which are not of equivalent quality to Genuine SUBARU Replacement Parts may impair the effectiveness of emission control systems. If other than Genuine SUBARU Replacement Parts are used for maintenance, replacement or repair of components affecting emission control, you should assure yourself that such parts are warranted by their manufacturer to be equivalent to Genuine SUBARU Replacement Parts in performance and durability. SOA, however, assumes no liability under this warranty with respect to parts other than Genuine SUBARU Replacement Parts. The use of replacement parts which are not authorized by SUBARU does not invalidate the warranty on other components unless the non-authorized parts cause damage to warranted parts.

# Federal Emission Control Systems Warranties (cont.)

## What is Not Covered

These warranties do not cover: (1) the performance of scheduled maintenance services including the replacement of parts (such as spark plugs and filters), beyond the scheduled maintenance period; (2) tune-ups, under any circumstances; (3) the vehicle, if the vehicle identification number is altered or cannot be read; if the vehicle has been declared a total loss or is sold for salvage purposes; if the odometer mileage has been changed so that mileage cannot be readily determined; (4) damage due to use of vehicle in competitive events; and (5) material and labor expenses for repairs or diagnostic work performed at any facility other than that of an Authorized SUBARU Dealer, except in the case of an emergency.

These warranties do not cover any part which malfunctions, fails or is damaged due to: (1) objects striking the vehicle or any road hazards, whether on or off the road; (2) collision, accident, fire, flooding, abuse, neglect, tampering, disconnection, misuse, or other events beyond the control of SOA; (3) failure to follow the operating instructions set forth in the Owner's Manual; (4) improper or inadequate maintenance; (5) improper installation, adjustment or repair of the vehicle or of any warranted part unless performed by an Authorized SUBARU Dealer during warranty repair work; (6) alterations by changing, adding to or removing parts from the vehicle; (7) failure to follow recommendations on fuel use contained in the Owner's Manual; (8) the vehicle being dismantled or changed in such a manner that constitutes a material alteration of its original construction; (9) damage to a covered part directly caused by the failure of a non-covered part or event; and (10) damage caused by adding or applying chemicals other than those approved or recommended by SOA.

**SOA, ITS DISTRIBUTORS, AND AUTHORIZED SUBARU DEALERS SHALL NOT BE LIABLE FOR ANY LOSS OF USE OF THE VEHICLE; FOR ANY ALTERNATE TRANSPORTATION, LODGING, FOOD OR TELEPHONE EXPENSES; FOR ANY DAMAGE TO GOODS, COMMERCIAL LOSS, LOSS OF TIME OR INCONVENIENCE; OR FOR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES.** Some states do not allow the exclusion or limitation of incidental or consequential damages; therefore the above limitation or exclusion may not apply.

## General

**THESE FEDERAL SPECIFICATION EMISSION CONTROL SYSTEMS WARRANTIES ARE THE ONLY EXPRESS WARRANTIES BY SOA ON THE VEHICLE'S EMISSION COMPONENTS AND ARE LIMITED IN DURATION TO THE TIME PERIOD OF THE WRITTEN WARRANTY FOR THE RESPECTIVE COMPONENTS.**

**THESE WARRANTIES ARE IN LIEU OF ALL OTHER OBLIGATIONS, LIABILITIES OR WARRANTIES, WHETHER EXPRESS OR IMPLIED. ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE END AT THE SAME TIME COVERAGE ON THE PARTICULAR COMPONENT ENDS.** SOA, its Distributors, and Authorized SUBARU Dealers do not authorize any person to assume for any of them any obligations or liabilities greater than or different from those set forth in this warranty. Some states do not allow limitations on how long an implied warranty lasts, therefore, the above limitations may not apply. These warranties give you specific legal rights and you may also have other rights under state law.

# California Emission Control Systems Warranties

## California Specification Emission Control Warranty Statement: Your Warranty Rights and Obligations

The following statement is required to be provided by regulations of the California Air Resources Board.

The California Air Resources Board and SOA are pleased to explain the emission control system warranty on your 2013 vehicle. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. SOA must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the throttle body assembly or fuel-injection system, the ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, SOA will repair your vehicle at no cost to you including diagnosis, parts and labor.

### Manufacturer's Warranty Coverage

For 3 years or 50,000 miles (whichever first occurs):
1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by SOA to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.
2. If any emission related part on your vehicle is defective, the part will be repaired or replaced by SOA. This is your short-term emission control systems DEFECTS WARRANTY.

For 7 years or 70,000 miles (whichever first occurs):
1. If any emission-related part listed in this Warranty Booklet (see Page 20) specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by SOA. This is your long-term emission control system DEFECTS WARRANTY.

2013 SUBARU models are certified to the optional 150,000 miles emission standards except 2013 SUBARU 2.0L & 2.5L non-turbo models achieving a Partial Zero Emission Vehicle (PZEV) rating by the California Air Resources Board (see Page 16 of this Booklet for warranty coverage). For vehicles certified to the optional 150,000 miles emission standards, the California Extended Defect Warranty coverage is extended from 7 years/70,000 miles to 8 years or 100,000 miles, whichever occurs first. The list of covered parts for the California Emissions Extended Defect Warranty is located on Page 20 of your 2013 model SUBARU Warranty & Maintenance Booklet. In order to be eligible for this warranty coverage at the time of repair, your vehicle must be registered in California, Connecticut, Maryland, Massachusetts, Maine, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, or Washington which have adopted the California Low Emission Vehicle Program.

## Owner's Warranty Responsibilities:

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your Owner's Manual and Warranty & Maintenance Booklet. SOA recommends that you retain all receipts covering maintenance on your vehicle, but SOA cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a SOA dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that SOA may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the SUBARU toll-free customer service HELP LINE at 1-800-782-2783 or the California Air Resources Board at 9480 Telstar Avenue, Suite 4, El Monte, CA 91731.

12

The following is the SOA new vehicle emission control warranty statements which apply to vehicles certified for sale in states which have adopted California Specification Emission Control Systems and Warranties and are registered for use in those states.*

## Limited Warranties on California Specification Emission Control Systems

SUBARU of America, Inc. (SOA)** warrants to the owner of the 2013 model year SUBARU vehicle which is identified on the inside front cover of this Warranty & Maintenance Booklet (The "vehicle") that the vehicle was designed, built and equipped so as to conform with all applicable regulations of the U.S. Environmental Protection Agency and the California Air Resources Board. SOA warrants that your 2013 model year SUBARU vehicle is free from defects in materials and workmanship which cause it to fail to conform to applicable requirements and pass a Smog Check Inspection for a period of 3 years or 50,000 miles, whichever comes first. Items that require scheduled replacement are warranted up to the replacement interval as specified in the schedule of inspection and maintenance services listed in this Booklet beginning on Page 29. The warranty period shall begin on the date the vehicle is delivered to the first retail purchaser, or if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is first placed in such service. Exceptions to these warranties are listed below under the heading "What Is Not Covered."

## Emissions Performance Warranty

If within the 3 years/50,000 miles, whichever occurs first, performance warranty period, your vehicle fails an authorized California Smog Check Inspection, and the vehicle is eligible for coverage under this warranty, it will be repaired at no charge to you for diagnosis, labor and parts, using new or remanufactured parts or adjusted to proper specifications, so that your vehicle will pass the California Smog Check Inspection.

## Emissions Defect Warranty

If within the 3 years/50,000 miles, whichever occurs first, defect warranty period, your vehicle fails to conform to applicable requirements and that failure is the result of a defect in any part which affects emissions (see Page 20), that part will, subject to all other terms and conditions of this warranty, be repaired or replaced by an Authorized SUBARU Dealer at no charge to you for labor and materials (including necessary adjustments and diagnosis).

## Emissions Extended Defect Warranty

Within a period of 7 years or 70,000 miles, whichever occurs first, SOA will replace at no cost to you the high cost parts (which are the result of a defect as determined by an Authorized SUBARU Dealer) appearing on the list at the end of this warranty (see Page 20). If within the 7 years/70,000 miles period, your vehicle fails an authorized California Smog Check test and the vehicle is eligible for coverage under this warranty, and that failure of the test is caused by the failure or malfunction of any of these parts, the vehicle will be repaired at no charge to you for diagnosis, labor or parts, using new or remanufactured parts or adjusted to proper specifications so that your vehicle will pass the California Smog Check test. These high cost parts were selected on the basis of their estimated replacement cost at the time your vehicle was certified for sale (including parts, labor and diagnosis).

*California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington.
**For vehicles delivered in Hawaii only, SUBARU Hawaii, 2850-A Pukoloa St., Suite 202, Honolulu, HI 96819, has assumed all of the obligations of SOA under this warranty.

13

All 2013 SUBARU models are certified to the optional 150,000 miles emission standards except 2013 SUBARU 2.0L & 2.5L non-turbo models achieving a Partial Zero Emission Vehicle (PZEV) rating by the California Air Resources Board (see Page 16 of this Booklet for warranty coverage). For vehicles certified to the optional 150,000 miles emission standards the California Extended Defect Warranty coverage is extended from 7 years/70,000 miles to 8 years or 100,000 miles, whichever occurs first. The list of covered parts for the California Emissions Extended Defect Warranty is located on Page 20 of your 2013 model SUBARU Warranty & Maintenance Booklet. In order to be eligible for this warranty coverage at the time of repair, your vehicle must be registered in California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington, which have adopted the California Low Emission Vehicle Program.

## What SOA Will Do; How to Get Warranty Service

Defective parts will be repaired, or at the option of SOA or an Authorized SUBARU Dealer, replaced without charge to you for materials and labor (including diagnosis). Warranty claims must be made as soon as reasonably possible after a defect is discovered. It is recommended that warranty service be performed by the SUBARU Dealer who sold you the vehicle, although warranty service will be performed by any Authorized SUBARU Dealer anywhere in the United States. When a warranty repair is needed, the vehicle must be brought to an Authorized SUBARU Dealer's place of business during normal business hours. In all cases, a reasonable time, up to 30 days, must be allowed for the warranty repair to be completed after the vehicle is received by the Dealer.

In case of an emergency where an Authorized SUBARU Dealer is not reasonably available, repairs may be performed at any available service facility or by the owner using any replacement part. A part not being available within 30 days or a repair not being completed within 30 days constitutes an emergency. SOA will reimburse you for such repairs that are covered under this warranty provided that you make a claim. SOA

encourages you to submit your claim as soon as possible after having the emergency repairs performed. SOA will reimburse you for expenses, including diagnosis, at a cost not to exceed SOA's suggested retail price for warranted parts replaced and for labor charges which are based on SOA's recommended time allowance for the repair multiplied by a labor rate per hour appropriate for that geographical location. You must keep all replaced parts as well as all parts and labor receipts as a condition of reimbursement for emergency repairs not performed by an Authorized SUBARU Dealer.

To make a claim for reimbursement, write to SOA at SUBARU Plaza, P.O. Box 6000, Cherry Hill, NJ 08034-6000, Attention: Customer Dealer Services. To help speed the processing of your claim, be sure to include (1) your name and address, (2) your telephone number, home, business and cell, (3) the vehicle identification number, (4) a photocopy of the entire repair bill, and (5) a description of the emergency situation.

If your vehicle should fail a Smog Check test, you should present a copy of the Smog Check test failure printout to an Authorized SUBARU Dealer when making a claim under the performance warranty provisions. You must be notified within 30 days that the claim is not valid, or SOA will repair your vehicle free of charge, unless the delay was caused by an event not attributable to SOA or its Authorized SUBARU Dealers.

## Your Maintenance Responsibilities

It is your responsibility to have all required scheduled maintenance services performed at the times and mileages stated in the Owner's Manual and this Warranty & Maintenance Booklet. SOA recommends that you retain receipts and maintenance records which show that the required maintenance services have been performed at the stated intervals. SOA will not deny a warranty claim solely because you have no record of maintenance; however, SOA may deny a warranty claim if a failure to perform required maintenance resulted in the failure of a warranted part. The receipts and maintenance records should be given to each subsequent owner of the vehicle.

## Recommendations for Maintenance Service Replacement Parts

It is recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be Genuine SUBARU Replacement Parts. Without invalidating this warranty, you may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use parts other than Genuine SUBARU Replacement Parts, for such maintenance, replacement or repair. However, the cost of such service or parts will not be covered under this warranty.

Use of replacement parts which are not of equivalent quality to Genuine SUBARU Replacement Parts may impair the effectiveness of emission control systems. If other than Genuine SUBARU Replacement Parts are used for maintenance, replacement or repair of components effecting emission control, you should assure yourself that such parts are warranted by their manufacturer to be equivalent to Genuine SUBARU Replacement Parts in performance and durability. SOA, however, assumes no liability under this warranty with respect to parts other than Genuine SUBARU Replacement Parts. The use of replacement parts which are not authorized by SUBARU does not invalidate the warranty on other components unless the non-authorized parts cause damage to warranted parts.

## What is Not Covered

These warranties do not cover: (1) the performance of scheduled maintenance services including the replacement of parts (such as spark plugs and filters), beyond the scheduled maintenance period; (2) tune-ups, under any circumstances; (3) the vehicle if the vehicle identification number is altered or cannot be read; if the vehicle has been declared a total loss or is sold for salvage purposes; if the odometer mileage has been changed so that mileage cannot be readily determined; (4) damage due to use of vehicle in competitive events; and (5) material and labor expenses for repairs or diagnostic work performed at any facility other than that of an Authorized SUBARU Dealer, except in the case of an emergency.

These warranties do not cover any part which malfunctions, fails or is damaged due to: (1) objects striking the vehicle or any road hazards, whether on or off the road; (2) collision, accident, fire, flooding, abuse, neglect, tampering, disconnection, misuse, or other events beyond the control of SOA; (3) failure to follow the operating instructions set forth in the Owner's Manual; (4) improper or inadequate maintenance; (5) improper installation, adjustment or repair of the vehicle or of any warranted part unless performed by an Authorized SUBARU Dealer during warranty repair work; (6) alterations by changing, adding to or removing parts from the vehicle; and (7) failure to follow recommendations on fuel use contained in the Owner's Manual; (8) if the vehicle has been dismantled or changed in such a manner that constitutes a material alteration of its original construction; (9) damage to a covered part directly caused by the failure of a non-covered part or event; and (10) damage caused by adding or applying chemicals other than those approved or recommended by SOA.

SOA, ITS DISTRIBUTORS, AND AUTHORIZED SUBARU DEALERS SHALL NOT BE LIABLE FOR ANY LOSS OF USE OF THE VEHICLE; FOR ANY ALTERNATE TRANSPORTATION, LODGING, FOOD OR TELEPHONE EXPENSES; FOR ANY DAMAGE TO GOODS, COMMERCIAL LOSS, LOSS OF TIME OR INCONVENIENCE; OR FOR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES. Some states do not allow the exclusion or limitation of incidental or consequential damages; therefore, the above limitation or exclusion may not apply.

## General

THESE CALIFORNIA SPECIFICATION EMISSION CONTROL SYSTEMS WARRANTIES ARE THE ONLY EXPRESS WARRANTIES BY SOA ON THE VEHICLE'S EMISSION COMPONENTS AND ARE LIMITED IN DURATION TO THE TIME PERIOD OF THE WRITTEN WARRANTY FOR THE RESPECTIVE COMPONENTS.

THESE WARRANTIES ARE IN LIEU OF ALL OTHER OBLIGATIONS, LIABILITIES OR WARRANTIES, WHETHER EXPRESS OR IMPLIED. ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE END AT THE SAME TIME COVERAGE ON THE PARTICULAR COMPONENT ENDS. SOA, its Distributors, and Authorized SUBARU Dealers do not authorize any person to assume for any of them any obligations or liabilities greater than or different from those set forth in this warranty.

15

## California Partial Zero Emission Vehicle (PZEV) Emission Control Warranties

2013 SUBARU Legacy, Outback, Forester 2.5L, and Impreza 2.0L non-turbo models achieving a Partial Zero Emission Vehicle (PZEV) rating by the California Air Resources Board are available in all 50 states. Only those registered in California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont will be eligible for the 15 years/150,000 miles emission warranty[1]. California PZEV certified vehicles are considered the cleanest gasoline powered vehicles because they meet California's strongest tailpipe emission standard for Super Ultra Low Emission Vehicles.

**The following statement is required to be provided by regulations of the California Air Resources Board:**

## Your Warranty Rights and Obligations

The California Air Resources Board and SOA are pleased to explain the emission control system warranty on your 2013 vehicle[2]. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. SOA must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the fuel-injection system, the ignition system, catalytic converter and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, SOA will repair your vehicle at no cost to you including diagnosis, parts and labor.

## Manufacturer's Warranty Coverage

For 15 years or 150,000 miles (whichever occurs first from the time of retail delivery of your vehicle):

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by SOA to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. Subject to the specific terms pertaining to maintenance listed below, if any emission-related part on your vehicle is defective, which would cause the vehicle's Onboard Diagnostic malfunction indicator lamp to illuminate, the part will be repaired or replaced by SOA. This is your emission control system DEFECTS WARRANTY.

## Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your Owner's Manual. SOA recommends that you retain all receipts covering maintenance on your vehicle, but SOA cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a SOA dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that SOA may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact SOA Customer Dealer Services at 1-800-782-2783 or the California Air Resources Board at 9480 Telstar Avenue, Suite 4, El Monte, CA 91731.

---

[1] Oregon, Pennsylvania and Washington vehicles are not covered under PZEV emissions control warranty. For these states, the California Extended Emission Defect Warranty is limited to 7 years/70,000 miles, whichever occurs first.

**16**

[2] Throughout this California Emission Control Warranty, the term "vehicle" means 2013 Legacy, Outback, and Forester (2.5L) non-turbo.

Case 1:14-cv-04490-JBS-KMW Document 31-2 Filed 12/05/14 Page 18 of 41 PageID: 1057

## Limitation of Warranties and Other Warranty Terms and State Law Rights

### Extra Expenses – Limitations of Damages

**These emission warranties do not cover incidental or consequential damages such as loss of the use of the vehicle, inconvenience or commercial loss.**

**ANY IMPLIED WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE SHALL BE LIMITED TO THE DURATION OF THESE WRITTEN WARRANTIES.**

**Some states do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. These warranties give you specific legal rights, and you may also have other rights which vary from state to state.**

**SOA does not authorize any person to create for it any other warranty, obligation or liability in connection with this vehicle.**

### What is Emissions Defects Warranty?

### Emissions Defects Warranty

SOA warrants that your vehicle was designed, built and equipped to conform with all applicable requirements of the California Air Resources Board.

Exceptions to this warranty are listed below under the caption **"WHAT IS NOT COVERED."**

### How Long is the Warranty

This warranty is for 15 years or 150,000 miles, whichever occurs first. The warranty begins the date the vehicle is delivered to the first retail buyer or put into use, whichever is earlier.

Some items require scheduled replacement before 150,000 miles. These items are warranted only up to the replacement interval. The replacement intervals are outlined in the maintenance instructions in your SUBARU Warranty & Maintenance Booklet.

## Emission Performance Warranty

### When Does This Warranty Apply

This warranty applies to your 2013 SUBARU Legacy, Outback, Forester 2.5L, and Impreza 2.0L non-turbo PZEV vehicles only if it fails to pass a California "Smog Check" test or equivalent.

### What is Covered and For How Long

SOA warrants that if your vehicle fails to pass a California "Smog Check" test, it will make the necessary repairs so that the vehicle will pass. This warranty is for 15 years or 150,000 miles, whichever occurs first. The warranty begins the date the vehicle is delivered to the first retail buyer or the date it is first put in to service, whichever is earlier.

Exceptions to this warranty are listed under the caption **"WHAT IS NOT COVERED."**

17

# California Emission Control Systems Warranties (cont.)

## What is Not Covered

These warranties do not cover:

1. Normal maintenance, service and parts replacement as outlined in the emission control maintenance instructions of your Owner's Manual and your Warranty & Maintenance Booklet.
2. Failures directly as a result of:
   • Lack of performance of required emission control maintenance as outlined in your Owner's Manual and your Warranty & Maintenance Booklet.
   • Improper adjustment or installation of parts during the performance of maintenance (non-warranty) services.
   • Tampering with or disconnecting any part affecting vehicle emissions.
   • The use of fuel other than that specified in your Owner's Manual or fuel with contaminants which the fuel filter is not designed to remove.
   • Misuse, accident or modification.
3. In the case of the Performance Warranty, the use of any non-SUBARU part not certified in accordance with Federal requirements, which is defective or not equivalent from any emission standpoint to the original equipment part.
4. In the case of the Defects Warranty, parts not supplied by SUBARU or damage to other parts caused directly by non-SUBARU parts.
5. In the case of the Performance Warranty, costs of determining the cause of a vehicle failing a California Smog Check test if such failure is found not to be covered.

## What You Must Do

In order to obtain warranty service you must deliver the vehicle to any Authorized SUBARU Dealer in the United States at your expense. You are responsible for the required maintenance on your vehicle as outlined in this Warranty & Maintenance Booklet. SOA recommends that you retain all receipts covering maintenance on your vehicle, but SOA cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

## What Subaru Will Do; How to Get Warranty Service

Defective parts will be repaired, or at the option of SOA or an Authorized SUBARU Dealer, replaced without charge to you for materials and labor (including diagnosis). Warranty claims must be made as soon as reasonably possible after a defect is discovered. It is recommended that warranty service be performed by the SUBARU Dealer who sold you the vehicle, although warranty service will be performed by any Authorized SUBARU Dealer anywhere in the United States. When a warranty repair is needed, the vehicle must be brought to an Authorized SUBARU Dealer's place of business during normal business hours. In all cases, a reasonable time, up to 30 days, must be allowed for the warranty repair to be completed after the vehicle is received by the Dealer.

In case of an emergency where an Authorized SUBARU Dealer is not reasonably available, repairs may be performed at any available service facility or by the owner using any replacement part. A part not being available within 30 days or a repair not being completed within 30 days constitutes an emergency. SOA will reimburse you for such repairs that are covered under this warranty provided that you make a claim. SOA encourages you to submit your claim as soon as possible after having the emergency repairs performed. SOA will reimburse you for expenses, including diagnosis, at a cost not to exceed SOA suggested retail price for warranted parts replaced and for labor charges which are based on SOA recommended time allowance for the repair multiplied by a labor rate per hour appropriate for that geographical location. You must keep all replaced parts as well as all parts and labor receipts as a condition of reimbursement for emergency repairs not performed by an Authorized SUBARU Dealer.

To make a claim for reimbursement, write to SOA at SUBARU Plaza, P.O. Box 6000, Cherry Hill, NJ 08034-6000, Attention: Customer Dealer Services. To help speed the processing of your claim, be sure to include (1) your name and address, (2) your telephone number, both home, business and cell, (3) the vehicle identification number, (4) a photocopy of the entire repair bill, and (5) a description of the emergency situation.

If your vehicle should fail a Smog Check test, you should present a copy of the Smog Check test failure printout to an Authorized SUBARU Dealer when making a claim under the performance warranty provisions. You must be notified within 30 days that the claim is not valid, or SOA will repair your vehicle free of charge, unless the delay was caused by an event not attributable to SOA or its Authorized SUBARU Dealer.

# California Emission Control Systems Warranties (cont.)

## Your Maintenance Responsibilities

It is your responsibility to have all required scheduled maintenance services performed at the times and mileage stated in the Owner's Manual and this Warranty & Maintenance Booklet. SOA recommends that you retain receipts & maintenance records that show that the required maintenance services have been performed at the stated intervals. SOA will not deny a warranty claim solely because you have no record of maintenance; however, SOA may deny a warranty claim if a failure to perform required maintenance resulted in the failure of a warranted part. The receipts and maintenance records should be given to each subsequent owner of the vehicle.

## Recommendations for Maintenance Service Replacement Parts

It is recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be Genuine SUBARU Replacement Parts. Without invalidating this warranty, you may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use parts other than Genuine SUBARU Replacement Parts, for such maintenance, replacement or repair. However, the cost of such service or parts will not be covered under this warranty.

Use of replacement parts which are not of equivalent quality to Genuine SUBARU Replacement Parts may impair the effectiveness of emission control systems. If other than Genuine SUBARU Replacement Parts are used for maintenance, replacement or repair of components affecting emission control, you should assure yourself that such parts are warranted by their manufacturer to be equivalent to Genuine SUBARU Replacement Parts in performance and durability. SOA, however assumes no liability under this warranty with respect to parts other than Genuine SUBARU Replacement Parts. The use of replacement parts, which are not authorized by SOA, does not invalidate the warranty on other components unless the non-authorized parts cause damage to warranted parts.

## General

**THESE CALIFORNIA SPECIFICATION EMISSION CONTROL SYSTEM WARRANTIES ARE THE ONLY EXPRESS WARRANTIES BY SOA ON THE VEHICLE'S EMISSION COMPONENTS AND ARE LIMITED IN DURATION TO THE TIME PERIOD OF THE WRITTEN WARRANTY FOR THE RESPECTIVE COMPONENTS. THESE WARRANTIES ARE IN LIEU OF ALL OTHER OBLIGATIONS, LIABILITIES OR WARRANTIES, WHETHER EXPRESS OR IMPLIED. ANY IMPLIED WARRANTIES OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE END AT THE SAME TIME COVERAGE ON THE PARTICULAR COMPONENT ENDS.** SOA, its Distributors, and Authorized SUBARU Dealers do not authorize any person to assume for any of them any obligations or liabilities greater than or different from those set forth in this warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply. These warranties give you specific legal rights and you may also have other rights under state law.

## Customer Assistance

SOA wishes to help assure that these Emission Control Systems warranties are properly administered. In the event that you have any questions or comments concerning the performance or servicing of your SUBARU, it is recommended that you take the following steps:

1. Contact your SUBARU Dealer and speak with the Service, Parts or Sales Manager. Concerns are usually resolved most quickly by the Dealer.
2. If your concern is not resolved, contact the General Manager or Owner of the Dealership.
3. If your concern cannot be resolved quickly by the dealership personnel or management, contact the Customer Dealer Services Department at SOA:

**SUBARU of America, Inc.**
**SUBARU Plaza**
**P.O. Box 6000**
**Cherry Hill, NJ 08034-6000**
**1-800-SUBARU3 (1-800-782-2783)**

For further information on this Emission Warranty, you may contact the California Air Resources Board, 9480 Telstar Avenue, Suite 4, El Monte, California 91731.

# California and Federal Emission Control System Warranty Parts List

**Parts Covered Under the California Emissions Defect Warranty 3 Years/50,000 Miles and Federal Emissions Defect Warranty 3 Years/36,000 Miles**

**Powertrain Control System**
ABS Control Unit
Accelerator Position Sensor
Air/Fuel Ratio Sensor
Data Link Connector
Electric Coolant Fan Relays
Engine Control Module (ECM)
Engine Coolant Temperature Sensor
Hydraulic Unit (VDC)
Inhibitor
Intake Air Temperature Sensor
Malfunction Indicator Lamp
Manifold Absolute Pressure Sensor (MAP)
Mass Air Flow Meter
Oxygen Sensor
Rocker Arm and Shaft Sub-assembly (Intake)
Thermostat
Throttle Position Sensor
Vehicle Speed Sensor

**Transmission Control System**
Manual Transmission Neutral Switch
Revolution AT Sensor Assembly
Stop Light Switch
Transmission Control Module (TCM)
Transmission Control Valve Assembly
Transmission Inhibitor Switch
Transmission Sensor and Harness Assembly

**Fuel Management System**
Fuel Injectors
Fuel Pressure Regulator
Fuel Pump (Including Controller, Relay, Resistor)
Fuel Rollover Valve
Fuel Tank
Fuel Tank Filler Pipe
Fuel Tank Level Sensor
Fuel Temperature Sensor
Two-way Valve

**Air Management System**
Air By-Pass Valve (Turbo Pressure Control)
Air Intake Ducts
Duty Solenoid Valve
Electric Throttle Chamber Assembly
Idle Air Control Valve
Intake Manifold
Intercooler Assembly
Solenoid Valve for Air Assist-Injectors
Tumble Generator Valve
Turbocharger Assembly
Turbocharger Duty Solenoid Valve
Valve Lifter

**Ignition System**
Camshaft Position Sensor
Camshaft Sprocket Assembly (Intake)
Crankshaft Position Sensor
Ignition Coil
Ignition Igniter
Ignition Relay
Knock Sensor
Resistor Spark Plugs and Ignition Wires

**Catalytic Converter System**
Catalytic Converters
Exhaust Manifolds
Exhaust Temperature Sensor

**Positive Crankcase Ventilation System**
Oil Filler Cap
Oil Flow Control Solenoid Valve
Oil Switching Solenoid Valve
PCV Valve (and Diagnosis Connector)

**Exhaust Gas Recirculation System**
Electronic Controlled EGR Valve (not Turbo)

**Secondary Air Injection System**
Secondary Air Combination Valve
(Some with Atmospheric Pressure Sensor)
Secondary Air Pump

**Evaporative Emission Control System**
Atmospheric Pressure Sensor
Atmospheric Pressure Solenoid Valve (ORVR)
Evaporative Canister (Including Purge Valve)
Evaporative Canister Drain Valve (ORVR)
Evaporative Canister Filter
Evaporative Canister Valve
Evaporative Fuel Cut Valve
Evaporative Purge Solenoid Valve
Fuel Filler Cap
Fuel Tank Pressure Sensor (Except Forester non-turbo model)
Leak Detection Pump (Forester non-turbo)
Purge Valve

*For more details about specific parts covered by The California Emissions Defect Warranty, contact your Authorized SUBARU Dealer.*

# California and Federal Emission Control System Warranty Part List (cont.)

## Parts Covered Under the California Extended Emission Defect Warranty 7 Years/70,000 Miles (and 8 Years/100,000 Miles)

| | | |
|---|---|---|
| Catalytic Converter | Intake Manifold | Transmission Control Valve Assembly |
| Electric Throttle Chamber Assembly | Intercooler Assembly (STI) | Turbocharger Assembly |
| Engine Control Module (ECM) | Malfunction Indicator Lamp* | |
| Evaporative Canister (BRZ, Leg, Outbk) | Trans Sensor and Harness Assembly (Forester, Leg, | |
| Fuel Tank | Outbk, Tribeca) | |
| Hydraulic Unit (VDC) | Transmission Control Module (TCM) | |

*(\*) In cases where the Combination Meter Circuit Board or the Main Meter Assembly is required to correct a failure of the Check Engine Light to illuminate, coverage applies.*

## Parts Covered Under the Federal Emissions Extended Defect Warranty 8 Years/80,000 Miles

Catalytic Converters
Engine Control Module (ECM)
Onboard Emissions Diagnostic Device

## Parts Covered Under the California Partial Zero Emission Vehicle (PZEV) Extended Defect Warranty 15 Years/150,000 Miles

See parts listing for California Emissions Defect Warranty 3 Years/50,000 Miles

## Miscellaneous Items Used In Conjunction With the Repair of the Above Components are Covered

| | | |
|---|---|---|
| Actuators | Gaskets | Relays |
| Belts | Grommets | Sealing Devices |
| Boots | Hoses | Sensors |
| Clamps | Housings | Springs |
| Connectors | Mounting Hardware | Tubes |
| Ducts | Pipes | Valves |
| Fittings | Pulleys | Wiring |

**21**

# Limited Warranty for Genuine Subaru Replacement Parts and Accessories

## Who Makes This Warranty

This warranty is made by SUBARU of America, Inc. ("SOA")*, SUBARU Plaza, P.O. Box 6000, Cherry Hill, NJ 08034-6000.

## Who is Covered

This warranty only applies to Genuine SUBARU Replacement Parts and Accessories purchased from an Authorized SUBARU Dealer located in the United States. Every owner of the vehicle during the warranty period shall be entitled to the benefits of this warranty. If the vehicle is sold or otherwise transferred during the warranty period for the part or accessory, it is recommended that the new owner be given proof of purchase documents for the part or accessory.

## Duration of This Warranty

This warranty begins on the day you purchase a Genuine SUBARU Replacement Part or Accessory and lasts for 1 year regardless of mileage or for the period of coverage remaining for the particular part under the SUBARU New Vehicle Limited Warranty, whichever is longer.

## What is Covered

This warranty covers any repairs needed to correct defects in material or workmanship which occur under normal use in any Genuine SUBARU Replacement Part or Accessory** purchased after retail sale of the SUBARU vehicle in which the part or accessory is installed (the "vehicle"). Genuine SUBARU Replacement Parts or Accessories installed in your vehicle prior to retail sale of that vehicle are covered under the SUBARU Limited Warranty which appears on Pages 4 through 8 of this Booklet.

> This warranty is subject to change. Consult your SUBARU dealer for actual coverage at time of part or accessory purchase.

## How to Get Warranty Service

A defective part or accessory will be repaired or, at the option of SOA or your Authorized SUBARU Dealer, replaced using new or remanufactured parts without charge to you for materials. In addition, if the part or accessory was originally installed by an Authorized SUBARU Dealer, you will not be charged for labor. Warranty claims must be made as soon as reasonably possible after a defect is discovered, but before the end of warranty coverage for the particular part. It is recommended that warranty claims be made at the SUBARU Dealer who sold you the part or accessory, although warranty claims can be presented to any Authorized SUBARU Dealer located anywhere in the United States. When a warranty repair or replacement is needed, your vehicle (or, if you prefer, just the part or accessory) must be brought to an Authorized SUBARU Dealer's place of business during normal business hours. Within 1 year after the installation of a Genuine SUBARU Replacement Part or Accessory, SOA will pay the cost of having your vehicle towed to the nearest Authorized SUBARU Dealer if the vehicle cannot be driven due to a defect covered by this warranty, but only if the defective part or accessory was originally installed in your vehicle by an Authorized SUBARU Dealer. In all cases, a reasonable time must be allowed for warranty repairs to be completed after the part or accessory is received by the Dealer.

* For parts and accessories sold in Hawaii only, this warranty is made by SUBARU Hawaii, 2850-A Pukoloa St., Suite 202, Honolulu, HI 96819, which is solely responsible for all matters related to the warranty on such parts and accessories. For simplicity in this warranty only, SUBARU of Hawaii, will also be called "SOA".

** Genuine Subaru Accessories are specifically designed, approved, and supplied by SOA for installation on Subaru vehicles. The Subaru Limited Warranties cover any repairs needed to correct defects in material or workmanship, which occur under normal use, in any Genuine Subaru Replacement Part or Accessory. This warranty only applies to a Genuine Subaru Replacement Part or Accessory purchased for use on an applicable Subaru vehicle from an Authorized Subaru Dealer located in the United States.

## Rust Perforation Coverage

Defective Genuine SUBARU Replacement sheet metal body panels that are rusted completely through from the inside out (perforated by corrosion) will be repaired or, at the option of SOA or your Authorized SUBARU Dealer, replaced under this warranty. To obtain warranty coverage, your vehicle must be brought to an Authorized SUBARU Dealer located anywhere in the United States as soon as reasonably possible after the discovery of rust perforation. The following items are not covered: (1) rusting of the outside of the underbody (floor pan) or any other part of the vehicle except body panels; (2) rust resulting from alteration of any body panels; (3) rust as a result of damage to paint caused by normal road hazards such as stones or other debris; (4) body panel rust caused by abuse, lack of maintenance, or damage to the vehicle; (5) rust caused by sand, mud, salt, submergence of a body panel in water, exposure to industrial fallout, chemical fallout, tree sap, hail, or other causes beyond the control of SOA; and (6) other items listed under "What Is Not Covered", below.

In general, RUST PERFORATION COVERAGE applies to perforation due to corrosion only. Perforation is a rust-through condition, such as an actual hole in a sheet metal panel. Cosmetic or surface corrosion, such as that caused by stone chips or scratches in the paint, is not covered under this warranty. In addition, SOA or your SUBARU dealer reserves the right to decide whether painting the repaired or replaced panel to match the original finish is feasible. SOA will not, under any circumstances, pay for painting the entire vehicle solely to match paint color.

## Your Responsibility to Retain Proof of Purchase and Maintenance

It is your responsibility to retain documents which show the date of purchase and, if applicable, installation of the part or accessory and to present those documents upon request at the time a warranty claim is made. Failure to present proof of purchase documents upon request may result in denial of your warranty claim. If applicable, it is also your responsibility to retain proof that all inspection and maintenance services are performed when recommended and to check fluid levels and tire pressure regularly.

## What is Not Covered

This warranty does not cover: (1) any part or accessory which is covered by any other written warranty from its manufacturer or from SOA; (2) any part or accessory installed in the vehicle prior to or at the time of its delivery; (3) the performance of any normal maintenance services or replacement of any normal maintenance or wear items, except brake pad/shoe linings, clutch disk linings and wiper blades, which are covered for a period of 1 year, regardless of mileage; (4) normal deterioration of appearance items; (5) labor unless the part or accessory was originally installed by an Authorized SUBARU Dealer; (6) labor and material expenses for repairs performed at any facility other than that of an Authorized SUBARU Dealer; and (7) the replacement of lost or contaminated lubricants or fluids (such as refrigerant in an air conditioning unit) unless the loss or contamination is a direct result of a defect covered under this warranty.

This warranty does not cover any part or accessory which malfunctions, fails or is damaged due to: (1) objects striking the vehicle or any road hazards, whether on or off the road; (2) collision, accident, abuse, neglect, misuse, or any other causes beyond the control of SOA; (3) the failure either to perform any normal maintenance on or follow any operating instructions for the part or accessory; (4) the failure to follow the operating instructions for the vehicle set forth in the Owner's Manual or failure to follow the Schedule of Recommended Inspection and Maintenance for the vehicle set forth in this Warranty & Service Booklet; (5) improper installation, adjustment or repair of the vehicle or improper adjustment, repair or installation of the part or accessory; (6) alterations made by changing, adding to or removing any items from the vehicle or from the part or accessory; (7) installation in or attachment to the vehicle of accessories or equipment not approved or recommended by SOA; (8) commercial use of the vehicle, unless this exclusion is expressly waived in writing by SOA; (9) use of the vehicle in any race or competitive event; (10) airborne fallout (including, but not limited to, chemicals, tree sap, bird droppings), salt, hail, windstorm, flooding, water, lightning, extreme temperatures, or any other environmental cause; (11) failure to follow recommendations on fuel use contained in the Owner's Manual; (12) the vehicle being dismantled or changed in such a manner that constitutes a material alteration of its original construction; (13) damage to a covered part directly caused by the failure of a non-covered part or event; and (14) damaged caused by adding or applying chemicals other than those approved or recommended by SOA.

23

# Limited Warranty for Genuine Subaru Replacement Parts and Accessories

This vehicle is not eligible for parts warranty coverage if: (1) the vehicle identification number is altered or cannot be read; (2) the vehicle has been declared a total loss or sold for salvage purposes; (3) the vehicle has been dismantled, destroyed or changed in such a manner that constitutes a material alteration of its original construction; (4) the odometer mileage has been changed so that mileage cannot be readily determined (5) the vehicle is ever used in any race or other competitive event.

## Warning Concerning Non-Genuine Subaru Replacement Parts and Accessories

Genuine SUBARU Replacement Parts and Accessories are new or remanufactured items which have been approved, recommended, and supplied by SOA for installation on the vehicle. Some dealers sell Genuine SUBARU Replacement Parts and Accessories, as well as other parts and accessories. This warranty applies only to Genuine SUBARU Replacement Parts and Accessories. It does not apply to any other parts or accessories.

## General

SOA, through an Authorized SUBARU Dealer, will repair or replace under this warranty Genuine SUBARU Replacement Parts or Accessories that malfunction or fail during the warranty period as a result of a manufacturing defect. When a defective part or accessory was originally installed by an Authorized SUBARU Dealer, the servicing SUBARU Dealer also will replace, without charge, all lubricants and fluids which become contaminated or lost as a result of making any such repairs. However, SOA has no control over damage which occurs to the part or accessory caused by such things as objects striking the vehicle, collision, misuse, improper installation or lack of maintenance. Therefore, damage to a part or accessory for any reason which occurs as a result of the way the vehicle is operated or treated is not covered under this warranty.

SOA, its Distributors, and Authorized SUBARU Dealers reserve the right to make changes in parts and accessories sold by them at any time without incurring any obligation to make the same or similar changes in parts and accessories previously sold by them.

**THIS WARRANTY IS THE ONLY EXPRESS WARRANTY BY SOA ON GENUINE SUBARU REPLACEMENT PARTS AND ACCESSORIES PURCHASED AFTER DELIVERY OF THE VEHICLE IN WHICH THEY ARE INSTALLED.** SOA, its Distributors, and Authorized SUBARU Dealers do not authorize any person to assume for any of them any obligations or liabilities greater than or different from those set forth in this warranty.

This warranty gives the owner specific rights, and the owner may also have other rights which vary from state to state.

**ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THE PART OR ACCESSORY IS LIMITED IN DURATION TO THE PERIOD OF THIS WARRANTY.** Some states do not allow limitations on how long an implied warranty lasts; therefore, the above limitation may not apply.

**SOA, ITS DISTRIBUTORS, AND AUTHORIZED SUBARU DEALERS SHALL NOT BE LIABLE FOR ANY LOSS OF USE OF THE VEHICLE, FOR ANY ALTERNATE TRANSPORTATION, LODGING, FOOD OR TELEPHONE EXPENSES, FOR ANY DAMAGE TO GOODS, COMMERCIAL LOSS, LOSS OF TIME OR INCONVENIENCE, OR FOR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES.** Some states do not allow the exclusion or limitation of incidental or consequential damages; therefore the above limitation or exclusion may not apply.

# Tips for Receiving Continuing Satisfaction from Your New Subaru

## Dealer Preparation and Adjustment Service

Your complete satisfaction with your new SUBARU is of the utmost importance to the selling Dealer, to your regional Distributor and to SOA. For this reason, the selling Dealer has carefully prepared your new SUBARU according to a Dealer Preparation program recommended by SOA, to be sure the vehicle meets, in appearance and performance, the high standards of quality which have been set.

## Repairs After the Warranty Period and Subsequent Inspection and Maintenance Services

We strongly recommend that you use the Service Department of an Authorized SUBARU Dealer to have all repairs, inspection and maintenance services performed. They "know" your SUBARU, they quickly receive all up-to-date product information, and they are best qualified to serve your needs using trained technicians and special service tools.

## Relationship of Dealer, Distributor and Subaru of America, Inc.*

All SUBARU vehicles are either sold by SOA to Authorized SUBARU Distributors, which in turn establish Authorized SUBARU Dealers for the retail sale of SUBARU vehicles and products or are sold by SOA through its regional distribution offices to Authorized SUBARU Dealers for the retail sale of SUBARU vehicles and products.

## What to Do if You Have a Question or Problem

In the event that you have any questions or comments concerning the performance or servicing of your SUBARU, it is recommended that you take the following steps:

1. Contact your SUBARU Dealer and speak with the Service, Parts or Sales Manager. Concerns are usually resolved most quickly by the Dealer.

2. If your concern is not resolved, contact the General Manager or Owner of the Dealership.

3. If your concern cannot be resolved quickly by the Dealership personnel or management, contact the Customer Dealer Services Department at SOA.

SUBARU of America, Inc.
SUBARU Plaza
P.O. Box 6000
Cherry Hill, NJ 08034-6000
www.SUBARU.com

## Please Supply the Following Information:

Your name and address
Your daytime telephone number
The vehicle identification number (serial number) which may be found on the inside front cover of this Warranty & Maintenance Booklet, your vehicle registration or insurance card, or may be read by looking at the dashboard of your vehicle through the windshield on the driver's side.
The Dealer's name and location
The age and current mileage of your vehicle
The nature of your concern

---

*For vehicles delivered in Hawaii, SUBARU Hawaii has the exclusive responsibility for providing you with satisfaction in all areas described in this Warranty & Maintenance Booklet.

Please keep in mind that in most cases your concerns can be resolved most quickly through the Dealership which you contacted in steps 1 or 2, using that Dealer's personnel, equipment and facilities. Therefore, you will save time by following the steps in the order listed above.

## Your Complete Satisfaction is Important to Us.

For further information on Emissions Warranty, you may contact the U.S. Environmental Protection Agency and/or the California Air Resources Board at the addresses below:

U.S. Environmental Protection Agency
Compliance & Innovative Strategies Division
Light Duty Vehicle Group
2000 Traverwood Drive
Ann Arbor, MI 48105

Attn: Mr. Ted Trimble

California Air Resources Board
9480 Telstar Avenue, Suite 4
El Monte, CA 91731

## Driving Hints

Your new SUBARU represents some of the latest engineering techniques in the modern automotive field. Your investment can be made to last, with some simple care, for years to come.

The following items are suggested as a weekly check. Simple instructions can be found in the Owner's Manual by referring to the index.

• Check tire pressure — tires cold.

• Check engine oil level — engine off.

• Check radiator coolant — engine cold.

• Turn lights on — walk around vehicle for visual check.

• Keep glass clean inside and out.

• Check brake fluid level and power steering fluid level.

• Check automatic transmission fluid level.

• Check battery visually.

• Check horn operation.

• Check operation and condition of wipers and windshield washers.

Of course, normal periodic maintenance should be carried out at the mileage/months suggested in the maintenance section of this Booklet.

Your SUBARU is designed to use *Unleaded Gasoline only*. Other specific fuel blends are discussed in the Owner's Manual for your vehicle. Use of LEADED fuels will contaminate the catalytic converter in the exhaust system and render it useless, which could be detrimental to the atmosphere and the operation of your vehicle.

# Tips for Receiving Continuing Satisfaction from Your New Subaru

| Distributor | Region |
|---|---|
| **SUBARU OF NEW ENGLAND**<br>95 Morse Street<br>Norwood, MA 02062<br>(781) 255-6369 | Connecticut<br>Massachusetts<br>Maine<br>New Hampshire<br>Rhode Island<br>Vermont |
| **SUBARU DISTRIBUTORS CORP.**<br>6 Ramland Road<br>Orangeburg, NY 10962<br>(845) 359-2500 | Northern New Jersey<br>New York |
| **SUBARU Hawaii**<br>2850-A Pukoloa St.<br>Suite 202<br>Honolulu, HI 96819<br>(808) 564-2260 | Hawaii |

# Safety Inspection

Your SUBARU vehicle has been produced with great attention to detail on all items affecting safety. Your SUBARU meets all applicable requirements of Federal Motor Vehicle Safety Standards in effect at the time the vehicle was produced.

In furthering our continued interest in highway safety, SOA urges each SUBARU owner to have an annual safety inspection made on his or her vehicle. The safety inspection is to be made in addition to the recommended periodic maintenance services. Some states make a safety inspection mandatory and require it to be done more frequently than once a year. SUBARU owners should comply with the state law where they reside. The safety inspection is a maintenance service and is not covered under the SUBARU Limited Warranties.

## Recommended Safety Inspection

1. Brake System
    a. Adjustment and pedal travel
    b. Fluid level
    c. Condition of linings

2. Steering System
    a. Wheel alignment
    b. Excessive looseness in steering wheel
    c. Loose tie rods
    d. Condition of ball joints

3. Tires and Wheels
    a. Tread depth
    b. Uneven wear
    c. Cuts, breakage and abrasions
    d. Tire pressure
    e. Bent wheel rims

4. Exhaust System
    a. Tightness
    b. Leaks
    c. Damages or missing parts
    d. Operation of emission control system

5. Glass and Mirrors
    a. Discoloration
    b. Cracked, broken or missing

6. Doors
    a. Operation of door locks

7. Seat Belts
    a. Proper operation

8. Horn
    a. Proper operation

9. Lights and Switches
    a. Headlight adjustment
    b. Dimmer switch operation
    c. Operation of dash warning lights
       and indicator lights
    d. Broken or cracked lens
    e. Burned out bulbs

10. Turn Signal
    a. Operation of external lamps
    b. Operation of flasher
    c. Operation of hazard warning

11. Windshield Wiper and Washer
    a. Condition of blades
    b. Proper operation of wipers
    c. Proper operation of washer
    d. Quantity of washer fluid

## Maintaining Your Vehicle's Finish

The best way to preserve your vehicle's finish and aid in avoiding rust is to keep the vehicle clean by washing frequently. Wash the vehicle only with lukewarm or cold water. Do not wash the vehicle in the direct rays of the sun, or use strong soap or chemical cleaners. Any cleaning agents used should be washed off promptly and not allowed to dry on the finish.

Calcium chloride and other salts, ice melting agents, road oil and tar, tree sap, bugs, bird droppings, chemicals from industrial chimneys and other foreign matter may damage the finish if left on the painted surfaces. Prompt washing may not completely remove all these deposits. Additional cleaners may be needed. When using chemical cleaners developed for this purpose, be sure they are safe for use on painted surfaces.

Any stone chips, fractures or deep scratches in the finish should be repaired promptly. Bare metal will corrode quickly and can develop into major repair expense. Minor chips and scratches can be repaired with touch-up materials available from your SUBARU Dealer.

If your vehicle is damaged and requires sheet metal repair or replacement, be sure the body shop uses Genuine SUBARU Replacement Parts.

## Maintenance

Vehicle maintenance is an important factor for proper vehicle operation. The vehicle's driver should ensure that fluid levels (engine oil, coolant, etc.) are checked frequently (i.e., each time you add fuel) in accordance with the instructions in the Owner's Manual.

We suggest that you schedule an appointment at any Authorized SUBARU Dealer for any of the recommended services outlined on the following pages.

The frequency of scheduled inspection and maintenance services as set forth is minimal. However, it may be necessary that they be performed more frequently depending on road conditions, weather, atmospheric conditions, vehicle usage and individual driving habits. See Page 37 for maintenance suggestions under severe driving conditions.

Maintenance, repair or replacement of the emission control devices and systems of your vehicle may be performed by any automotive repair establishment or individual, using any automotive part which its manufacturer has certified will not result in a failure of your vehicle to comply with the regulations of the U.S. Environmental Protection Agency. Please see the Emission Control Systems Warranties for details.

Symbols used:

R – Replace
I – Inspect, correct or replace if necessary
P – Perform

Continue periodic maintenance beyond 120,000 miles (192,000 km) or 120 months by returning to the second column of the maintenance schedule and adding 120,000 miles (192,000 km) or 120 months to the column headings.

# 2013 MY BRZ Federal/California Specification Vehicle

**MAINTENANCE INTERVAL (Number of months or km (mi), whichever occurs first)**

| # | MAINTENANCE ITEM | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Months | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| | x 1,000 km | 4.8 | 12.0 | 24 | 36.0 | 48 | 60.0 | 72 | 84.0 | 96 | 108.0 | 120 | 132.0 | 144 | 156.0 | 168 | 180.0 | 192 | 220 | |
| | x 1,000 mi | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | REMARKS |
| 1 | Engine oil | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 2 | Engine oil filter | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 3 | Spark plug | | | | | | | | | R | | | | | | | | R | | |
| 4 | Drive belt(s) | | | | | I | | | | I | | | | I | | | | I | | |
| 5 | Fuel system, lines & connections | | | | | I | | | | I | | | | I | | | | I | | Note 6 & 7 |
| 6 | Air cleaner element | | | | | R | | | | R | | | | R | | | | R | | Note 8 |
| 7 | Cooling system, hoses & connections | | | | | I | | | | | | | | | | | | I | P | Note 11 |
| 8 | Engine coolant | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | | | Note 11 |
| 9 | Automatic Transmission Fluid | | | | | I | | | | R | | | | I | | | | R | | Note 4 & 9 |
| 10 | Rear differential gear oil | | I | I | I | I | I | I | I | I | I | I | I | I | I | I | I | I | I | Note 3 |
| 11 | Brake lines, operation of parking & service brake system | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 12 | Brake fluid / clutch fluid (MT Only) | | | | | R | | | | R | | | | R | | | | R | | Note 5 |
| 13 | Disc brake pad & disc, front & rear axle boots & axle shaft joint | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 14 | Brake linings & drums | | | | | I | | | | I | | | | I | | | | I | | Note 6 |
| 15 | Steering & suspension | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 16 | Wheel bearing | | | | | | | | | I | | | | | | | | I | | |
| 17 | Transmission lubricants (gear oil) | | | | I | | | | I | | | | I | | | | I | | | Note 3 |
| 18 | Rotate and inspect tires | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 19 | Fuel filter | | | | | | | | | | | | R | | | | | | | Note 2 & 7 |
| 20 | Clutch operation | | | I | | | | I | | | | I | | | | I | | | | |
| 21 | HVAC system A/C filter | Replace every 15 months or 24,000 km (15,000 miles) | | | | | | | | | | | | | | | | | | Note 8 |

R=Replace. I=Inspect, correct or replace if necessary. P=Perform.

# 2013 MY Forester – Federal/California Specification Vehicle

Interval header top row = **Months**; second row = **× 1,000 km**; third row = **× 1,000 mi**.

| No. | MAINTENANCE ITEM | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *(× 1,000 km)* | 4.8 | 12.0 | 24 | 36.0 | 48 | 60.0 | 72 | 84.0 | 96 | 108.0 | 120 | 132.0 | 144 | 156.0 | 168 | 180.0 | 192 | 220 | |
| | *(× 1,000 mi)* | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| 1 | Engine oil | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 2 | Engine oil filter | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 3 | Spark plug | | | | | | | | | R | | | | | | | | R | | |
| 4 | Drive belt(s) | | | | | I | | | | I | | | | I | | | | | | Non-turbo model |
| 4 | Drive belt(s) | | | | | I | | | | I | | | | I | | R | | | | Turbo model |
| 5 | Timing belt | | | | | I | | | | I | | | | I | | R | | | | Turbo model |
| 6 | Fuel systems, lines & connections | | | | | I | | | | I | | | | I | | | | I | | Note 6 & 7 |
| 7 | Fuel filter | | | | | | | | | R | | | | | | | | R | | Note 2 & 7 |
| 8 | Air cleaner element | | | | | R | | | | R | | | | R | | | | R | | Note 8 |
| 9 | Cooling system, hoses & connections | | | | | I | | | | I | | | | I | | | | I | | Note 11 |
| 10 | Engine coolant | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | | | Note 11 |
| 11 | Clutch operation | | | I | | I | | I | | I | | I | | I | | I | | I | | |
| 12 | Transmission gear oil | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 13 | Automatic Transmission Fluid | | | | | I | | | | I | | | | I | | | | I | | Note 4 & 9 |
| 14 | Front & rear differential gear oil | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 15 | Brake lines, operation of parking & service brake systems | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 16 | Brake fluid / clutch fluid (MT Only) | | | | | R | | | | R | | | | R | | | | R | | Note 5 |
| 17 | Disc brake pad & disc, front & rear axle boots & joints | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 18 | Brake linings & drums | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 19 | Steering & suspension | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 20 | Wheel bearing | | | | | | | | | I | | | | | | | | I | | |
| 21 | Rotate & inspect tires | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 22 | HVAC system A/C filter | Replace every 12 months or 12,000 km (7,500 miles) | | | | | | | | | | | | | | | | | | Note 8 |

**R=Replace. I=Inspect, correct or replace if necessary. P=Perform.**

**MAINTENANCE INTERVAL (Number of months or km (mi), whichever occurs first)**

| # | MAINTENANCE ITEM | Months 3.0 / km 4.8 / mi 3.0 | 7.5 / 12.0 / 7.5 | 15 / 24 / 15 | 22.5 / 36.0 / 22.5 | 30 / 48 / 30 | 37.5 / 60.0 / 37.5 | 45 / 72 / 45 | 52.5 / 84.0 / 52.5 | 60 / 96 / 60 | 67.5 / 108.0 / 67.5 | 75 / 120 / 75 | 82.5 / 132.0 / 82.5 | 90 / 144 / 90 | 97.5 / 156.0 / 97.5 | 105 / 168 / 105 | 112.5 / 180.0 / 112.5 | 120 / 192 / 120 | 132 / 220 / 132 | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Engine oil | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 2 | Engine oil filter | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 3 | Spark plug | | | | | | | | | R | | | | | | | | | | |
| 4 | Drive belt(s) | | | | I | | | | | I | | | | | | | | I | | |
| 5 | Fuel systems, lines & connections | | | | I | | | | | I | | | | | | | | I | | Note 6 & 7 |
| 6 | Fuel filter | | | | | | | | | | | R | | | | | | | | Note 2 & 7 |
| 7 | Air cleaner element | | | | | R | | | | R | | | | R | | | | R | | Note 8 |
| 8 | Cooling system, hoses & connections | | | | | | I | | | | | | | | | | | I | | Note 11 |
| 9 | Engine coolant | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | | | Note 11 |
| 10 | Clutch operation | | | I | | I | | I | | I | | I | | I | | I | | I | | |
| 11 | Transmission gear oil | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 12 | CVT fluid | | | | | I | | | | I | | | | I | | | | I | | Note 4 & 9 |
| 13 | Front & rear differential gear oil | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 14 | Brake lines, operation of parking & service brake systems | | | I | | | | I | | | | I | | | | I | | | | Note 6 |
| 15 | Brake fluid / clutch fluid (MT Only) | | | | | R | | | | R | | | | R | | | | R | | Note 5 |
| 16 | Disc brake pad & disc, front & rear axle boots & joints | | | I | | | | I | | | | I | | | | I | | | | Note 6 |
| 17 | Steering & suspension | | | I | | | | I | | | | I | | | | I | | | | Note 6 |
| 18 | Wheel bearing | | | | | | | | | | | I | | | | | | | | |
| 19 | Rotate & inspect tires | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 20 | HVAC system A/C filter | Replace every 12 months or 12,000 km (7,500 miles) | | | | | | | | | | | | | | | | | | Note 8 |

**R=Replace. I=Inspect, correct or replace if necessary. P=Perform.**

| | MAINTENANCE ITEM | | MAINTENANCE INTERVAL (Number of months or km (mi), whichever occurs first) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Months | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| | | x 1,000 km | 4.8 | 12.0 | 24 | 36.0 | 48 | 60.0 | 72 | 84.0 | 96 | 108.0 | 120 | 132.0 | 144 | 156.0 | 168 | 180.0 | 192 | 220 | REMARKS |
| | | x 1,000 mi | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| 1 | Engine oil | | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 2 | Engine oil filter | | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 3 | Spark plug | | | | | | | | | | | R | | | | | | | | R | | |
| 4 | Drive belt(s) | | | | | | I | | | | | I | | | | I | | R | | | |
| 5 | Timing belt | | | | | | I | | | | | I | | | | I | | R | | | |
| 6 | Fuel systems, lines & connections | | | | | | I | | | | | I | | | | I | | | | I | Note 6 & 7 |
| 7 | Fuel filter | | | | | | | | | | | R | | | | | | | | R | Note 2 & 7 |
| 8 | Air cleaner element | | | | | | R | | | | | R | | | | R | | | | R | Note 8 |
| 9 | Cooling system, hoses & connections | | | | | | I | | | | | I | | | | I | | | | I | Note 11 |
| 10 | Engine coolant | | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | | | Note 11 |
| 11 | Clutch operation | | | | I | | I | | I | | | I | | I | | I | | I | | I | |
| 12 | Transmission gear oil | | | | | | I | | | | | I | | | | I | | | | I | Note 3 |
| 13 | Front & rear differential gear oil | | | | | | I | | | | | I | | | | I | | | | I | Note 3 |
| 14 | Brake lines, operation of parking & service brake systems | | | | I | | I | | I | | | I | | I | | I | | I | | I | Note 6 |
| 15 | Brake fluid / clutch fluid (MT Only) | | | | | | R | | | | | R | | | | R | | | | R | Note 5 |
| 16 | Disc brake pad & disc, front & rear axle boots & joints | | | | I | | I | | I | | | I | | I | | I | | I | | I | Note 6 |
| 17 | Steering & suspension | | | | I | | I | | I | | | I | | I | | I | | I | | I | Note 6 |
| 18 | Wheel bearing | | | | | | | | | | | I | | | | | | | | I | |
| 19 | Rotate & inspect tires | | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 20 | HVAC system A/C filter | | Replace every 12 months or 12,000 km (7,500 miles) | | | | | | | | | | | | | | | | | | Note 8 |

**R=Replace. I=Inspect, correct or replace if necessary. P=Perform.**

33

| No. | MAINTENANCE ITEM | \-- | MAINTENANCE INTERVAL (Number of months or km (mi), whichever occurs first) | | | | | | | | | | | | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Months | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| | | x 1,000 km | 4.8 | 12.0 | 24 | 36.0 | 48 | 60.0 | 72 | 84.0 | 96 | 108.0 | 120 | 132.0 | 144 | 156.0 | 168 | 180.0 | 192 | 220 | |
| | | x 1,000 mi | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| 1 | Engine oil | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | 3.6L Note 1 |
| | | | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | 2.5L Note 1 |
| 2 | Engine oil filter | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | 3.6L Note 1 |
| | | | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | 2.5L Note 1 |
| 3 | Spark plug | | | | | | | | | | R | | | | | | | | R | | |
| 4 | Drive belt(s) | | | | | | I | | | | I | | | | I | | R | | | | |
| 5 | Timing belt (Turbo Model) | | | | | | I | | | | I | | | | I | | R | | | | |
| 6 | Fuel systems, lines & connections | | | | | | I | | | | I | | | | I | | | | I | | Note 6 & 7 |
| 7 | Fuel filter | | | | | | | | | | R | | | | | | | | R | | Note 2 & 7 |
| 8 | Air cleaner element | | | | | | R | | | | R | | | | R | | | | R | | Note 2 & 12 |
| 9 | Cooling system, hoses & connections | | | | | | I | | | | I | | | | I | | | | I | | Note 11 |
| 10 | Engine coolant | | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | | | Note 11 |
| 11 | Clutch operation | | | | I | | I | | I | | I | | I | | I | | I | | I | | |
| 12 | Transmission gear oil | | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 13 | Automatic Transmission Fluid | | | | | | I | | | | I | | | | I | | | | I | | Note 4 & 9 |
| 14 | CVT fluid | | | | | | I | | | | I | | | | I | | | | I | | Note 4 & 9 |
| 15 | Front & rear differential gear oil | | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 16 | Brake lines, operation of parking & service brake systems | | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 17 | Brake fluid / clutch fluid (MT Only) | | | | | | R | | | | R | | | | R | | | | R | | Note 5 & 12 |
| 18 | Disc brake pad & disc, front & rear axle boots & joints | | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 19 | Steering & suspension | | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 20 | Wheel bearing | | | | | | | | | | I | | | | | | | | I | | |
| 21 | Rotate & inspect tires | | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 22 | HVAC system A/C filter | | Replace every 15 months or 24,000 km (15,000 miles) | | | | | | | | | | | | | | | | | | Note 8 |

**R=Replace. I=Inspect, correct or replace if necessary. P=Perform.**

**MAINTENANCE INTERVAL (Number of months or km (mi), whichever occurs first)**

| # | MAINTENANCE ITEM | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Months | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| | x 1,000 km | 4.8 | 12.0 | 24 | 36.0 | 48 | 60.0 | 72 | 84.0 | 96 | 108.0 | 120 | 132.0 | 144 | 156.0 | 168 | 180.0 | 192 | 220 | |
| | x 1,000 mi | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| 1 | Engine oil | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 2 | Engine oil filter | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 3 | Spark plug | | | | | | | | | R | | | | | | | | R | | |
| 4 | V-belt | | | | | | I | | | | | | | I | | R | | | | |
| 5 | Fuel systems, lines & connections | | | | | | I | | | | | | | I | | | | I | | Note 6 & 7 |
| 6 | Fuel filter | | | | | | | | | R | | | | | | | | R | | Note 2 & 7 |
| 7 | Air cleaner element | | | | | | R | | | | | | | R | | | | R | | Note 8 |
| 8 | Cooling system, hoses & connections | | | | | I | | | | I | | | | I | | | | I | | Note 11 |
| 9 | Engine coolant | | | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | Note 11 |
| 10 | Automatic Transmission Fluid | | | | | I | | | | I | | | | I | | | | I | | Note 4 & 9 |
| 11 | Front & rear differential gear oil | | | | | I | | | | I | | | | I | | | | I | | Note 3 |
| 12 | Brake lines, operation of parking & service brake systems | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 13 | Brake fluid / clutch fluid (MT Only) | | | | | R | | | | R | | | | R | | | | R | | Note 5 |
| 14 | Disc brake pad & disc, front & rear axle boots & joints | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 15 | Steering & suspension | | | I | | I | | I | | I | | I | | I | | I | | I | | Note 6 |
| 16 | Wheel bearing | | | | | | | | | I | | | | | | | | | | |
| 17 | Rotate & inspect tires | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 18 | SRS airbag system | | | Inspect every 10 years | | | | | | | | | | | | | | | | |
| 19 | HVAC system A/C filter | | | Replace every 16 months or 24,000 km (15,000 miles) | | | | | | | | | | | | | | | | Note 8 |

**R=Replace. I=Inspect, correct or replace if necessary. P=Perform.**

2014 XV Crosstrek – Federal/California Specification Vehicle

| # | MAINTENANCE ITEM | MAINTENANCE INTERVAL (Number of months or km (mi), whichever occurs first) | | | | | | | | | | | | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Months | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | REMARKS |
| | x 1,000 km | 4.8 | 12.0 | 24 | 36.0 | 48 | 60.0 | 72 | 84.0 | 96 | 108.0 | 120 | 132.0 | 144 | 156.0 | 168 | 180.0 | 192 | 220 | |
| | x 1,000 mi | 3.0 | 7.5 | 15 | 22.5 | 30 | 37.5 | 45 | 52.5 | 60 | 67.5 | 75 | 82.5 | 90 | 97.5 | 105 | 112.5 | 120 | 132 | |
| 1 | Engine oil | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 2 | Engine oil filter | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | Note 1 |
| 3 | Spark plug | | | | | | | | | R | | | | | | | | R | | |
| 4 | Drive belt(s) | | | | I | | | | I | | | | I | | | | I | | | |
| 5 | Fuel systems, lines & connections | | | | I | | | | I | | | | I | | | | I | | | Note 6 & 7 |
| 6 | Fuel filter | | | | | | | | | | | R | | | | | | | | Note 2 & 7 |
| 7 | Air cleaner element | | | | | R | | | | R | | | | R | | | | R | | Note 8 |
| 8 | Cooling system, hoses & connections | | | | | I | | | | | | | | I | | | | I | | Note 11 |
| 9 | Engine coolant | Replace after the first 11 years or 220,000 km (137,500 miles), and every six years or 120,000 km (75,000 miles) thereafter | | | | | | | | | | | | | | | | | | Note 11 |
| 10 | Clutch operation | | | I | | I | | I | | I | | I | | I | | I | | I | | |
| 11 | Transmission gear oil | | | | I | | | | I | | | | I | | | | I | | | Note 3 |
| 12 | CVT fluid | | | | I | | | | I | | | | I | | | | I | | | Note 4 & 9 |
| 13 | Front & rear differential gear oil | | | | I | | | | I | | | | I | | | | I | | | Note 3 |
| 14 | Brake lines, operation of parking & service brake systems | | | I | | | I | | | I | | | I | | | I | | | | Note 6 |
| 15 | Brake fluid / clutch fluid (MT Only) | | | | | R | | | | R | | | | R | | | | R | | Note 5 |
| 16 | Disc brake pad & disc, front & rear axle boots & joints | | | | I | | | I | | | I | | | I | | | I | | | Note 6 |
| 17 | Steering & suspension | | | | I | | | I | | | I | | | I | | | I | | | Note 6 |
| 18 | Wheel bearing | | | | | | | | | | | | | | | | | I | | |
| 19 | Rotate & inspect tires | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | Note 10 |
| 20 | HVAC system A/C filter | Replace every 12 months or 12,000 km (7,500 miles) | | | | | | | | | | | | | | | | | | Note 8 |

R=Replace. I=Inspect, correct or replace if necessary. P=Perform.

## Notes:

1. When the vehicle is used under severe driving conditions,** the engine oil and filter should be changed every 3,750 miles (6,000 km) or 3 $3/4$ months.

2. When the vehicle is used in extremely cold or hot weather areas, contamination of the filter may occur and filter replacement should be performed more often.

3. When the vehicle is frequently operated under severe driving conditions**, replacement should be performed every 15,000 miles (24,000 km).

4. When the vehicle is frequently operated under severe driving conditions**, (If applicable) ATF fluid replacement should be performed every 15,000 miles (24,000 km) and (If applicable) CVT fluid replacement should be performed every 24,855 miles (40,000 km).

5. When the vehicle is used in high humidity areas or in mountainous areas, change the brake fluid every 15,000 miles (24,000 km) or 15 months, whichever occurs first.

6. When the vehicle is used under severe driving conditions,** inspection should be performed every 7,500 miles (12,000 km) or 7 $1/2$ months, whichever occurs first.

7. This inspection/replacement is not required to maintain emission warranty eligibility and it does not affect the manufacturer's obligations under EPA's in-use compliance program.

8. When the vehicle is used in extremely dusty conditions, the air cleaner element should be inspected more often.

9. The ATF filter is a maintenance-free part. The ATF filter needs replacement only when it has physical damage or if the ATF has leaked (5AT only).

10. A tire should be replaced when the tread wear indicator appears as a solid band across the tread; this occurs when the remaining tread has worn to 0.063 in (1.6 mm) or less.

11. To prevent cooling system leaks, always add Genuine SUBARU Cooling System Conditioner whenever the coolant is replaced.

12. Replace at 150,000 miles (240,000 km) or 150 months, whichever occurs first.

## **Examples of Severe Driving Conditions:

a. Repeated short distance driving. (Items 1 and 3 only)

b. Driving on rough and/or muddy roads.

c. Driving in dusty conditions. (Item 8 only)

d. Driving in extremely cold weather. (Items 1 and 3 only)

e. Driving in areas where road salts or other corrosive materials are used. (Item 6 only)

f. Living in coastal areas. (Item 6 only)

g. Repeated trailer towing. (Items 1, 3, 4, and 10 only)

# Record of Inspection and Maintenance Services

| Inspection | Date of Inspection | Actual Mileage | Name of Service Facility | Authorized Signature |
|---|---|---|---|---|
| 3,000 miles / 3 months; Oil and Filter Change (Only 3.6L) | | | | |
| 7,500 miles / 7 $^1/_2$ months | | | | |
| 15,000 miles / 15 months | | | | |
| 22,500 miles / 22 $^1/_2$ months | | | | |
| 30,000 miles / 30 months | | | | |
| 37,500 miles / 37 $^1/_2$ months | | | | |
| 45,000 miles / 45 months | | | | |
| 52,500 miles / 52 $^1/_2$ months | | | | |
| 60,000 miles / 60 months | | | | |

# Record of Inspection and Maintenance Services (cont.)

| Inspection | Date of Inspection | Actual Mileage | Name of Service Facility | Authorized Signature |
|---|---|---|---|---|
| 67,500 miles / 67 $^1/_2$ months | | | | |
| 75,000 miles / 75 months | | | | |
| 82,500 miles / 82 $^1/_2$ months | | | | |
| 90,000 miles / 90 months | | | | |
| 97,500 miles / 97 $^1/_2$ months | | | | |
| 105,000 miles / 105 months | | | | |
| 112,500 miles / 112 $^1/_2$ months | | | | |
| 120,000 miles / 120 months | | | | |

# Added Security

Be sure to ask your Dealer about Added Security®, the only Extended Service Agreement backed 100% by Subaru of America, Inc. If your SUBARU is less than 36 months old and has less than 36,000 miles on the odometer, you may still qualify for this mechanical repair protection. Contact your dealer today or call us at 1-800-932-0636 for more information. This program is only available in the continental United States and Alaska. Vehicles used commercially are not eligible.

Don't be fooled by imitation service agreements. If you are told by anyone that another program is "just like Added Security®" – call us. We can show you the differences!