THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| _____ | : | |
| KEITH YAEGER, MICHAEL SCHULER, | : | Consolidated Action Nos. |
| JOSEPH MONTGOMERY, BRYAN BAIR, | : | 1:14-cv-4490-JBS-KMW and |
| THOMAS VANLAARHOVEN, LAURA HEGLE, | : | 1:14-cv-6317-JBS-KMW |
| KIM MARIE PAPA, ROBERT TEDESCO, | : | |
| and NATALIE TUZOVSKAYA, | : | |
| individually and on behalf of all | : | |
| others similarly situated, | : | **CLASS ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SUBARU OF AMERICA, INC., a | : | |
| New Jersey Corporation, and | : | |
| FUJI HEAVY INDUSTRIES, LTD., | : | |
| a Japanese Corporation, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

**THIS MATTER** having been opened to the Court on the application of defendant Subaru of America, Inc. ("Subaru"), by and through its attorneys, Ballard Spahr LLP, for a an order dismissing various claims in plaintiffs' Master Consolidated Complaint;

**AND** the Court having read and considered the submissions and arguments of the parties;

**AND** for good cause appearing;

**IT IS** this \_\_\_\_ day of _____, 2015 hereby

**ORDERED** that Subaru's Motion to Dismiss Plaintiffs' Master Consolidated Complaint is hereby **GRANTED,** and the following claims are dismissed with prejudice:

(a) All claims for injunctive relief;

(b) All claims on behalf of the putative Emissions Warranty Class;

(c) Counts I, II, III, and IV, to the extent alleged under New Jersey law, as to plaintiffs Yaeger, Schuler, Montgomery, Bair, Hegle, Papa and Tedesco;

(d) Count II, alleging a breach of express warranty, as to plaintiff Hegle;

(e) Count III, alleging a breach of the implied warranty of merchantability, as to all plaintiffs;

(f) Count IV, alleging a violation of the implied covenant of good faith and fair dealing, as to all plaintiffs;

(g) Counts VIII and IX, alleging violations of New York General Business Law §§ 349 and 350, as to plaintiff Papa;

(h) Count XIII, alleging a violation of California's Secret Warranty Law, as to plaintiffs Yaeger, Montgomery and Hegle; and

(i) Count XIV, alleging a violation of the Magnuson-Moss Warranty Act based on an alleged breach of the emissions warranty, as to all plaintiffs.

                              **BY THE COURT:**

                              **Jerome B. Simandle**
                              **Chief U.S. District Judge**