# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KEITH YAEGER, MICHAEL SCHULER, JOSEPH MONTGOMERY, BRYAN BAIR, THOMAS VANLAARHOVEN, LAURA HEGLE, KIM MARIE PAPA, ROBERT TEDESCO, JR., and NATALIA TUZOVSKAYA, individually and on behalf of others similarly situated, | No. 1:14-cv-04490-JBS-KMW |

No. 1:14-cv-04490-JBS-KMW

**CLASS ACTION**

Plaintiffs,

**JURY TRIAL DEMANDED**

vs.

SUBARU OF AMERICA, INC., a New Jersey Corporation, and FUJI HEAVY INDUSTRIES, LTD., a Japanese Corporation,

Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) conditionally certifying a class action with respect to the claims against Defendants pursuant to Federal Rules of Civil Procedure Rules 23(a) and 23(b)(3) for the purpose of effectuating a class action settlement of the claims against Defendants; (2) preliminarily approving the settlement; (3) directing notice to Settlement Class Members consistent with the notice plan in the Settlement

Agreement; (4) appointing Matthew D. Schelkopf, Eric H. Gibbs and Richard D. McCune as Class Counsel; and (5) scheduling a final approval hearing.

Dated:  January 4, 2016

Respectfully Submitted,

**CHIMICLES & TIKELLIS LLP**

By: *//s// Matthew D. Schelkopf*
Joseph G. Sauder
Matthew D. Schelkopf
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
JGS@chimicles.com
MDS@chimicles.com

Eric H. Gibbs
Dylan Hughes
David Stein
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com
dsh@girardgibbs.com
ds@girardgibbs.com

Richard D. McCune
Jae K. Kim
Michele M. Vercoski
**MCCUNEWRIGHT, LLP**
2068 Orange Tree Lane, Ste. 216
Redlands, CA  92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
rdm@mccunewright.com

jkk@mccunewright.com
mmv@mccunewright.com

***Attorneys for Plaintiffs and the
Proposed Settlement Class***