IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KEITH YAEGER, MICHAEL SCHULER, JOSEPH MONTGOMERY, BRYAN BAIR, THOMAS VANLAARHOVEN, LAURA HEGLE, KIM MARIE PAPA, ROBERT TEDESCO, and NATALIE TUZOVSKAYA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and FUJI HEAVY INDUSTRIES, LTD., a Japanese Corporation,<br><br>Defendants. | No. 1:14-cv-4490-JBS-KMW<br><br>**CLASS ACTION**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
### FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for 10:00 a.m. on July 26, 2016, Plaintiffs will move to have the Court enter the proposed order submitted herewith that will grant their unopposed motion seeking (1) the payment of $1,500,000 to Plaintiffs' Counsel for the payment of their attorneys' fees and reimbursement of expenses, and (2) the payment of incentive awards in the amount of $3,500 each for Plaintiffs Keith Yaeger, Michael Schuler,

1

Joseph Montgomery, Bryan Bair, Thomas Vanlaarhoven, Laura Hegle, Kim Marie Papa, Robert Tedesco, and Natalie Tuzovskaya ($31,500 total).[1]

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law, Declarations of Counsel and other related materials in support of this motion.

**PLEASE FURTHER NOTE** that Defendants do not oppose this motion.

Dated:  May 27, 2016                                Respectfully submitted,

                                          By:   *//s// Matthew D. Schelkopf*
                                                Joseph G. Sauder
                                                Matthew D. Schelkopf
                                                Joseph B. Kenney
                                                **McCuneWright LLP**
                                                1055 Westlakes Drive
                                                Suite 300
                                                Berwyn, PA 19312
                                                Telephone: (909) 557-1250
                                                Email: jgs@mccunewright.com
                                                         mds@mccunewright.com
                                                         jbk@mccunewright.com

                                                Benjamin F. Johns
                                                **CHIMICLES & TIKELLIS LLP**
                                                One Haverford Centre
                                                361 West Lancaster Avenue
                                                Haverford, PA 19041
                                                Telephone: (610) 642-8500

---

[1] Plaintiffs will also request that the Court enter an order granting final approval to the settlement and dismissing this action with prejudice.  A motion seeking that relief will be filed separately.

E-mail: BFJ@chimicles.com

Eric Gibbs
**Girard Gibbs LLP**
601 California St #1400
San Francisco, CA 94108
Telephone: (415) 981-4800
E-mail: ehg@classlawgroup.com

*Attorneys for Plaintiffs*
*and the Settlement Class*

## CERTIFICATE OF SERVICE

I, Matthew D. Schelkopf, hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS'FEES, EXPENSES AND INCENTIVE AWARDS** was filed on this 27th day of May, 2016 using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf