July 6, 2016

Clerk, United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RECEIVED

JUL 13 2016

AT 8:30_____M
WILLIAM T. WALSH CLERK

Re: Objection to Subaru settlement

I am writing to object to the settlement in Keith Yaeger, et al. v. Subaru of America, Inc., et. al., case no. 1:14-cv-04490. I have not objected to any other class action settlements in any court in the United States. I do not plan to attend the Fairness Hearing.

My wife and I purchased a 2012 Subaru Forester (V.I.N. JF2SHADC1DH422542) new with 18 miles on it on November 12, 2012 from Reedman Toll. On that day we also purchased an extended service contract good for 7 years or 100,000 miles. We opted for the Gold Plus Service contract at a cost to us of $1,395.00 plus tax for a total of $1,478.70.

The offer made by Subaru of America to provide engine coverage to 100,000 miles or 8 years is not an offer beneficial to us because we already paid for this. Subaru needs to reimburse those who purchased an extended service contract for that cost as well.

Additionally, I do not see an offer to pay owners for the accelerated depreciation of their vehicles. Most certainly, when we go to purchase another vehicle and trade ours in, the value of our car will be reduced because of the faulty, defective and unreliable engine. This information will show up on Carfax, for instance, so prospective buyers will become aware of the defect in our Subaru.

We request full reimbursement of the extended plan we purchased plus $5000. in loss of value to our trade-in for a total of $6478.70. We believe that the settlement for anyone who has already purchased an extended warrantee should include reimbursement of that cost plus additional depreciation.

Given the reputation of Subaru, we look forward to a more acceptable settlement for all parties concerned.

Sincerely,

Wesley J. Lane
10 DeCou Drive
Morrisville, PA 19067
215-295-3286

Enc: Bill of Sale from Reedman Toll
cc: Class counsel
    Defense counsel
    Subaru



**BUYER'S ORDER**

1700 E. Lincoln Hwy., Langhorne, PA 19047
(215) 757-4961
www.reedmantoll.com

CUST NO. 361348
DEAL # 170033

NAME: WESLEY J LANE / MARY ELLEN LANE
DATE: 11/12/2012
STREET: 10 DECOU DR
CITY/STATE/ZIP: MORRISVILLE PA 19067-2040
PHONE RES: (215)295-3286
PHONE BUS: (609)918-0200
E-MAIL ADDRESS: lanewes@gmail.com

### VEHICLE INFORMATION
YR: 2013  MAKE: SUBARU  MODEL: FORESTER 4DR X PREM AT
COLOR: OBSIDAN BLK PRL  TRIM: DARK GRAY  MILEAGE: 18
VIN: JF2SHADC1DH422542
STOCK NO: 1300305 NEW  SALESMAN: GREGORY SCOTT RHOADS

### DESCRIPTION OF TRADE IN 1
(blank)

### DESCRIPTION OF TRADE IN 2
(blank)

AMT. REC. ON DELIVERY — CASH: — CHECK: —
DEL. DATE: —  DEL BY: —
HOLD CHECK: —  TEMP. TAG: —

### WARRANTY INFORMATION
☐ FACTORY WARRANTY - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☐ USED CAR WARRANTY - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty from us.

☐ AS IS - THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE PURCHASER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

PURCHASER'S SIGNATURE X _[signed]_

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.**

If you cancel this purchase agreement or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages…

| Item | Amount |
|---|---|
| PRICE OF VEHICLE | 24475.00 |
| GOLD PLUS | 1395.00 |
| Cash Price of Vehicle & Accessories | 25870.00 |
| Sales Tax ( 83.70 + 1468.50 ) | 1552.20 |
| REGISTRATION 36.00 / TITLE 22.50 / TRANSFER / ENCUMBRANCE | 58.50 |
| On Line MV Reg. Fee | 15.50 |
| Dealer On Line MV Processing Fee | |
| Documentary Fee | 129.00 |
| Messenger Fee | |
| Notary Fee | |
| TEMP FEE 10.00 / TIRE FEE 5.00 | 15.00 |
| OTHER CHARGES | |
| **Total Price** | **27640.20** |
| Trade-In | |
| Less Payoff * (*SEE PAYOFF INFORMATION BELOW) | |
| Net Trade In | |
| Deposit | 25640.20 |
| Cash on Delivery * | 2000.00 |
| Net Trade + Deposit + Cash on Delivery = **Total Down Payment** | **27640.20** |
| Unpaid Balance of Total Price | |

| VIN | | | |
|---|---|---|---|
| J F 2 S H A D C 1 D H 4 2 2 5 4 2 | | | |
| STOCK NO. | | SALESMAN | |
| 1300305 NEW | | GREGORY SCOTT RHOADS | |

### DESCRIPTION OF TRADE IN 1

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| COLOR | TRIM | | MILEAGE |
| VIN | | | |

### DESCRIPTION OF TRADE IN 2

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| COLOR | TRIM | | MILEAGE |
| VIN | | | |

| AMT. REC. ON DELIVERY | CASH $ | | CHECK $ |
|---|---|---|---|
| DEL. DATE | | DEL. BY | |
| HOLD CHECK Amount is calculated in "Cash on Delivery" but funds are not received until cashier's receipt for hold check is processed. | | | TEMP. TAG |

### WARRANTY INFORMATION

☐ **FACTORY WARRANTY** - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. **The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose**, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☐ **USED CAR WARRANTY** - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty from us.

☐ **AS IS** - THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE PURCHASER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

PURCHASER'S SIGNATURE X _[signatures]_

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.**

If you cancel this purchase agreement or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $ _____
PURCHASER'S SIGNATURE X _____
Purchaser hereby acknowledges to the above clause.

| | |
|---|---|
| GOLD PLUS | 1395.00 |
| Cash Price of Vehicle & Accessories | 25870.00 |
| ( 83.70 + 1468.50 ) Sales Tax | 1552.20 |
| REGISTRATION 35.00 TITLE 22.50 TRANSFER ENCUMBRANCE | 58.50 |
| On Line MV Reg. Fee | 15.50 |
| Dealer On Line MV Processing Fee | |
| Documentary Fee | 129.00 |
| Messenger Fee | |
| Notary Fee | |
| TEMP FEE 10.00 / TIRE FEE 5.00 OTHER CHARGES | 15.00 |
| **Total Price** | **27640.20** |
| Trade-In | |
| *SEE PAYOFF INFORMATION BELOW  Less Payoff * | |
| Net Trade In | |
| Deposit | 25640.20 |
| Cash on Delivery * | 2000.00 |
| Net Trade + Deposit + Cash on Delivery = **Total Down Payment** | **27640.20** |
| **Unpaid Balance of Total Price** | |

Any difference in the payoff figure is the responsibility of the customer. If the payoff is greater, the customer will pay the difference. If the payoff is less, Dealer will refund the difference to the customer. X _____

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he has read its terms and has received a true copy of this Agreement.

This Agreement is not binding upon either Dealer or Buyer until signed by an authorized Dealer representative. **YOU, THE BUYER, MAY CANCEL THIS AGREEMENT AND RECEIVE A FULL REFUND ANY TIME BEFORE RECEIPT OF A COPY OF THE AGREEMENT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO DEALER.**

☐ BUYER ACKNOWLEDGES THAT IF THIS BOX IS CHECKED, THIS AGREEMENT CONTAINS AN ARBITRATION CLAUSE.
BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT.

BUYER SIGNS X _[signature]_ DATE 11/12/2012
CO-BUYER SIGNS X _[signature]_ DATE 11/12/2012
AUTHORIZED DEALER SIGNATURE _____ (Must Be Accepted By An Authorized Representative of the Dealer)

LAW® FORM NO. BO-PA-CUST. RO602713 Q (7/05)
©2003 Reynolds and Reynolds

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Line Decou Sr
Collisville, PA 19067

Clerk, United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

PHILADELPHIA PA 190
11 JUL 2016 PM 6 L

RECEIVED
JUL 13 2016
AT 8:30_____M
WILLIAM T. WALSH, CLERK