UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**JUDGE: JEROME B. SIMANDLE**

**COURT REPORTER:** Lisa Marcus

**DATE OF PROCEEDINGS:** 07/26/2016

**DATE OF MOTION FILED:** 06/29/2016

**DOCKET #** CIV 14-4490 JBS-KMW

**TITLE OF CASE:**
KEITH YAEGER, et al.,
        v.
SUBARU OF AMERICA, INC., et al.

**APPEARANCES:**
Matthew Schelkopf, Esq., for Plaintiffs
Joseph Kenney, Esq, for Plaintiffs
Ben Johns, Esq., for Plaintiffs
Eric H. Gibbs, Esq., for Plaintiffs (via teleconference)
Michael Carroll, Esq., for Defendants
Michele Ventura, Esq., for Defendants
Casey Watkins, Esq., for Defendants
Shannen Harkins, Esq., for Interested Party/Objector Jose Melgar

**NATURE OF PROCEEDINGS:** FAIRNESS HEARING ON [85] MOTION FOR SETTLEMENT AND HEARING ON [69] MOTION FOR ATTORNEYS FEES

**DISPOSITION:**
Decision on [85] Motion for Settlement and [69] Motion for Attorneys' Fees reserved.
Opinion and Order to issue.

Time commenced: 10:05AM    Time Adjourned: 11:45AM

Total Time: 1 hour 40 minutes

                              s/ *Lawrence MacStravic*
                              **DEPUTY CLERK**