

May 1, 2016

Peter Whitehead

11 Topaz Lane

Lakewood,N.J.  08701

To Who It May Concern:

I want Subaru to have knowledge that not only have I had problems with oil consumption but also had been back to the dealer because of "hard Start" they did nothing for me. I have had written correspondence with a Mr. John Mergen about this problem. Which was never fixed. Sorry to say we as a family will never own another Subaru (this being our first).

Peter Whitehead

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

03/22/2014

Invoice #
**29803**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 54325
License: 51NRHRT          VIN: JF1GPAC61CH243313

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| of | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Mobil 1 Synthetic | 0W20 | 5.00 | $8.99 | $44.95 |

**Labor: $8.50**   **Hrs:** 0.10   **Parts: $48.94**        **Sublet:**$0.00

### Tire Rotation

Rotated tires
will need rear brakes soon

**Labor: $20.00**   **Hrs:** 0.22   **Parts: $0.00**        **Sublet:**$0.00

Technician(s): Kahl, Evan; Kahl, Cory

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.



| | |
|---|---|
| Labor Total: | $28.50 |
| Parts Total: | $48.94 |
| Sublet Total: | $0.00 |
| Shop Sup.: | $4.45 |
| HazMat: | $2.00 |
| Sub Total: | $83.89 |
| Tax Total: | $5.88 |
| Grand Total: | $89.77 |
| **Balance Due:** | **$89.77** |



SIGNATURE............................................................................................Date...............................................................

 

 

LESTER GLENN SUBARU
392 RT. 37
TOMS RIVER, NJ 08753

11/09/2013                12:43:49
Merchant ID:      00000000215107?
Terminal ID:      03242874
2296208648

CREDIT CARD

AMEX SALE

CARD #            XXXXXXXXXX5017
INVOICE           217994
Batch #:          000673
Approval Code     572533
Entry Method      Swip
Mode:             Online

SALE AMOUNT       $70.99

CUSTOMER COPY

RU
37 West
IJ 08755
4200
enn.com

994
5

HIGH

TAG NO
431

MILEAGE
43,515

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

LIC. NO.                P.O. NO.

COLOR                   STOCK NO.
ICE SILV ME             CH243313

COMMENTS

DELIVERY MILES          SELLING DEALER NO.
21                      61420

P.O. DATE               INVOICE DATE
11/09/13                11/09/13

REPAIR NUMBER           DELIVERY DATE
                        08/25/12

                        PRODUCTION DATE
MO: 43516

TOTALS

***********IMPORTANT****************IMPORTANT************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR   *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE   *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1   *
*CONCERN.                                                 *
*                                                         *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!     *
*

| TOTAL LABOR.... | 19.95 |
| TOTAL PARTS.... | 46.40 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 4.64 |
| **TOTAL INVOICE $** | **70.99** |

CUSTOMER SIGNATURE



620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

**34894**

Estimate #: 50998

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza Premium**
Odometer In: 104580
License: 51NRHRT         VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## INVOICE

### Lube, oil, and filter

Lubricate and check chassis.  Change oil and oil filter.  Check air filter and breather filter.  Check all fluid levels and tire pressures.
Preform basic safety inspection.  Road test vehicle.

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| of | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | 5.30 | $8.99 | $47.65 |

**Labor:** $8.50      **Hrs:** 0.09   **Parts:** $51.64                **Sublet:**$0.00

### Keep In Mind

| | | |
|---|---|---|
| 10/17/2015 | Driver side rear wheel bearing | |
| 11/16/2015 | Your front brakes are OK at this time, I recommend that we check them again within the next six months. | |
| 12/14/2015 | Perform Lube, Oil & Filter Exchange on 12/14/2015 or 109600 Miles. | |

11/16/2015



Scan To Set Appointment

### Declined Work

**Estimate**

| | | |
|---|---|---|
| 10/17/2015 | WHEEL BEARING - Remove & Replace - Rear,One Side - [Includes: Replace seals where applicable.] | $477 |

Technician(s): Kahl, Corey

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply. Respond STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.



| | |
|---|---|
| Labor Total: | $8.50 |
| Parts Total: | $51.64 |
| Sublet Total: | $0.00 |
| Shop Sup: | $3.46 |
| HazMat: | $2.00 |
| -------------------- | |
| Sub Total: | $65.60 |
| Tax Total: | $4.59 |
| Grand Total: | $70.19 |
| **Balance Due:** | **$70.19** |

    

SIGNATURE.................................................................................. Date................................................................

     
www.richsautomotivebrick.mechanicne
Page 1 Of  1

 

## Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

08/19/2015 8:35:37 AM
Invoice #
**34349**



Estimate #: 49886

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza Premium**
Odometer In: 99713
License: 51NRHRT          VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| of | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | 5.00 | $8.99 | $44.95 |

**Labor:** $8.50        **Hrs:** 0.10    **Parts:** $48.94              **Sublet:**$0.00





Technician(s): Kahl, Corey

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

| Labor Total: | $8.50 |
|---|---|
| Parts Total: | $48.94 |
| Sublet Total: | $0.00 |
| Shop Sup: | $3.30 |
| HazMat: | $2.00 |
| ----------------- | |
| Sub Total: | $62.74 |
| Tax Total: | $4.39 |
| Grand Total: | $67.13 |
| **Balance Due:** | **$67.13** |

  

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

**10/23/2015 4:48:32 PM**
Invoice #
**34950**

Estimate #: 51154

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza Premium**
Odometer In: 105165
License: 51NRHRT        VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## *INVOICE*

**Check/Whinning Noise**
**defective left rear wheel bearing complete w/hub. left rear inner brake pad (backing plate off brake pad came apart)**

WHEEL BEARING - Remove & Replace - Rear,One Side - [Includes: Replace seals where applicable.]
replaced rear brake pads
removed brake rotors for resurfacing

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 28473FJ020 | WHEEL HUB - Normally Aspirated Rear | 1.00 | $240.99 | $240.99 |

**Labor:** $180.00    **Hrs:** 2.00    **Parts:** $240.99        **Sublet:**$0.00

### Machine work
resurface rear brake rotors

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 17D1114CH | D/BRK PAD / Disc Brake Pad | 1.00 | $113.54 | $113.54 |

**Labor:** $32.00    **Hrs:** 0.20    **Parts:** $113.54        **Sublet:**$0.00

**Keep In Mind**                                                    12/14/2015
12/14/2015    Perform Lube, Oil & Filter Exchange on 12/14/2015 or 109600 Miles.



Scan To Set Appointment

Technician(s): Kahl, Corey

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $212.00 |
| Parts Total: | $354.53 |
| Sublet Total: | $0.00 |
| Shop Sup: | $32.58 |
| HazMat: | $2.00 |

| | |
|---|---|
| Sub Total: | $601.11 |
| Tax Total: | $42.08 |
| Grand Total: | $643.19 |
| **Balance Due:** | **$643.19** |

  

SIGNATURE........................................................ Date........................................................



www.richsautomotivebrick.mechanicne



# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

12/05/2015 8:25:16 AM
Invoice #
**35292**

Estimate #: 51881

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza Premium**
Odometer In: 108875
License: 51NRHRT          VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## *INVOICE*

**lube oil and filter**

6 quart oil/filter change,lube chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 4321 | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | 5.30 | $8.99 | $47.65 |

**Labor:** $9.50      **Hrs:** 0.12      **Parts:** $51.64          **Sublet:**$0.00

**Keep In Mind**                                                            02/01/2016

02/01/2016      Perform Lube, Oil & Filter Exchange on 2/1/2016 or 113900 Miles.



Scan To Set Appointment

Technician(s):  Stacie Andree, tech



I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply.  Respond
STOP to any message to cancel.

I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose to testing and/or
inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto.  Warranty on parts and labor is one years or
12,000 miles whichever comes first.  Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $9.50 |
| Parts Total: | $51.64 |
| Sublet Total: | $0.00 |
| Shop Sup: | $3.52 |
| HazMat: | $2.00 |
| | |
| Sub Total: | $66.65 |
| Tax Total: | $4.67 |
| Grand Total: | $71.32 |
| **Balance Due:** | **$71.32** |



SIGNATURE......................................................          Date.................................................

      www.richsautomotivebrick.mechanicne
Page 1 Of  1
          

# LESTER GLENN
## A U T O   G R O U P
### SUBARU
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE NUMBER
**SUCS207650**

CUSTOMER NUMBER
**199995**

**PETER J WHITEHEAD**
**11 TOPAZ LN**
**LAKEWOOD, NJ 08701-7391**

**NONE**

| RESIDENCE PHONE | BUSINESS PHONE |
|---|---|
| 732-965-5168 | |

| ADVISOR | TAG NO |
|---|---|
| ZINA APPROVATO   236 | 885 |

| LABOR RATE | LICENSE NO | MILEAGE |
|---|---|---|
| | | 3,750 |

YEAR / MAKE / MODEL
**12/SUBARU/IMPREZA/5DR WGN 2.0I PREM**

VEHICLE ID NO
**J F 1 G P A C 6 1 C H 2 4 3 3 1 3**

| F. E. NO. | P.O. NO. |
|---|---|
| | |

| COLOR | STOCK NO. |
|---|---|
| ICE SILV ME | CH243313 |

COMMENTS

| DELIVERY MILES | SELLING DEALER NO. |
|---|---|
| 21 | 61420 |

| R.O. DATE | INVOICE DATE |
|---|---|
| 10/13/12 | 10/13/12 |

| REPRINT NUMBER | DELIVERY DATE |
|---|---|
| | 08/25/12 |

| | PRODUCTION DATE |
|---|---|
| MO: 3750 | |

---

JOB# 1 CHARGES --------------------------------------------------------

LABOR-------------------------------------------------------------------
J# 1 00SUZZFREELOF   FREELOF                    TECH(S):227          INTERNAL
       CUSTOMER STATES PERFORM FREE LIFETIME LUBE OIL AND FILTER
       CHANGE SERVICE
       LESTER GLENN FREE FOR LIFE OIL CHANGE POLICY ENTITLES LESTER
       GLENN CUSTOMERS TO ONE FREE LUBE OIL AND FILTER CHANGE EVERY
       SIX MONTHS OR 7500 MILES, AS LONG AS THEY OWN THE VEHICLE!!!
       TECHNICIAN PERFORMED FREE LUBE OIL AND FILTER CHANGE PER
       LESTER GLENN FREE-FOR-LIFE POLICY

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| | 1 | PKFFL11 | NEW 2.0L PKG | INTERNAL |
| | 1 | 15208AA160 | PB001133 ELE | INTERNAL |
| | 1 | 803916010 | GASKET | INTERNAL |
| | 6 | SOA635045 | SYNTHETIC OW | INTERNAL |
| | 3 | W/F | WASHER FLUID | INTERNAL |
| | | | TOTAL - PARTS | 0.00 |

JOB# 1 TOTALS----------------------------------------------------------

                          JOB# 1 JDURNAL PREFIX  SUCS  JOB# 1 TOTAL       0.00
JOB# 2 CHARGES --------------------------------------------------------

LABOR-------------------------------------------------------------------
J# 2 00SUZZMPI     MPI                          TECH(S):227          INTERNAL
       MULTI POINT INSPECTION
       PERFORM MULTI POINT INSPECTION
       PERFORMED MULTI POINT INSPECTION

JOB# 2 TOTALS----------------------------------------------------------

                          JOB# 2 JOURNAL PREFIX  SUCS  JOB# 2 TOTAL       0.00
JOB# 3 CHARGES --------------------------------------------------------

LABOR-------------------------------------------------------------------
J# 3 00SUCONERN    NO OTHER CONCERN             TECH(S):227          INTERNAL
       CUSTOMER HAS NO OTHER CONCERNS
       CUSTOMER HAS NO OTHER CONCERNS
       CUSTOMER HAS NO OTHER CONCERNS

JOB# 3 TOTALS----------------------------------------------------------

                          JOB# 3 JOURNAL PREFIX  SUCS  JOB# 3 TOTAL       0.00

COMMENTS ---------------------------------------------------------------
WAIT

---

SERVICE INVOICE

## LESTER GLENN
### AUTO GROUP

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

TOTALS ················································

```
************IMPORTANT*****************IMPORTANT*************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR   *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE   *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1   *
*CONCERN.                                                 *
*                                                         *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!     *
*                                                         *
```

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

INVOICE NUMBER
**SUCS207650**

CUSTOMER SIGNATURE

CUSTOMER NUMBER
**199995**

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

RESIDENCE PHONE
732-965-5168

BUSINESS PHONE

ADVISOR
ZINA APPROVATO

236

TAG NO.
885

LABOR RATE | LICENSE NO. | MILEAGE 3,750

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

F.E.T. NO. | P.O. NO.

COLOR
ICE SILV ME

STOCK NO.
CH243313

COMMENTS

DELIVERY MILES
21

SELLING DEALER NO.
61420

R.O. DATE
10/13/12

INVOICE DATE
10/13/12

REPRINT NUMBER

DELIVERY DATE
08/25/12

PRODUCTION DATE
MO: 3750

CH245

SERVICE ADVISOR **974**

8335

R.O. #

| | VEHICLE IDENTIFICATION NO. | | LICENSE NO. | MILEAGE | R.O. DATE | TIME RECEIVED | JOB NO. | | R.O. NO. |
|---|---|---|---|---|---|---|---|---|---|
| | 3313 | | | 8335 | 11/9/12 | | | UNITS / TECH. NO. | LABOR |

STOCK NO.

...BY    Peter Whiteha...

...O. NO.

SERVICE ADVISOR

| | | P R O M P D E L I V E R Y | |
|---|---|---|---|
| APPOINTMENT ☐ | | | |
| CALL WHEN READY ☐ | | | MI |
| SAVE PARTS ☐ | E | MFG. WARR. ☐ | |
| PROMO | X P | EXT. WARR. ☐ | |
| SOLD BY | | IN SVC. DATE | |
| VEH. TYPE | | | |

**...RELATING ALL PARTS TO F.C.**

| ...OST | QTY | PART NO. | DESCRIPTION | SALE | LINE CODE | | | | |
|---|---|---|---|---|---|---|---|---|---|

RES  BILL TO  BUS
OPERATOR
CONTACT

WAITER

| | F.C. | OPERATION | UNITS | TECH. NO. | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | Recoll WQC 39 | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | update Software | 98 36 |
| J | | | | | | miles out |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |
| U | | | | | | |
| V | | | | | | |
| W | | | | | | |
| X | | | | | | |
| Y | | | | | | |
| Z | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |

SUBLET REPAIRS    P.O. NO.

Al Grohs has a map of the Narre Estate no...

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY |
|---|---|---|
| | | |

| GALS. GAS @ | | |
| QTS. OIL @ | | |
| LBS. GREASE @ | | |

**YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.**
INITIAL YOUR CHOICE

| WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE |
|---|---|---|
| | | |

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| ESTIMATE | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE % | | | |
| REVISED ESTIMATE | | | |
| REV. EST. AUTH. BY | | DATE | |
| EMPLOYEE REC. AUTH. | | TIME | |

MILEAGE OUT

DATE COMPLETED

| CUSTOMER LABOR RATE | | ACC |
|---|---|---|
| $ | PER HR. | |
| BILL TO CUSTOMER NO. | | R.O. |

TOTAL

...ALL PARTS INSTALLED ARE NEW UNLESS...    ...ALL PARTS RE...



**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE NUMBER
**SUCS208699**

CUSTOMER NUMBER
**199995**

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

| RESIDENCE PHONE | BUSINESS PHONE | | |
|---|---|---|---|
| 732-965-5168 | | | |
| ADVISOR | | TAG NO. | |
| KATHY OTTMER | 475 | | 434 |
| LABOR RATE | LICENSE NO. | MILEAGE | |
| | | | 10,206 |

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

F.T.E. NO. / P.O. NO.

| COLOR | STOCK NO. |
|---|---|
| ICE SILV ME | CH243313 |

COMMENTS

| DELIVERY MILES | SELLING DEALER NO. |
|---|---|
| 21 | 61420 |

| R.O. DATE | INVOICE DATE |
|---|---|
| 12/01/12 | 12/01/12 |

| REPRINT NUMBER | DELIVERY DATE |
|---|---|
| | 08/25/12 |

| | PRODUCTION DATE |
|---|---|
| MO: 10206 | |

---

JOB# 1 CHARGES----------------------------------------------------------

LABOR-----------------------------------------------------------------
J# 1 00SUZZFREELOF  FREELOF                 TECH(S):128          INTERNAL
          CUSTOMER STATES PERFORM FREE LIFETIME LUBE OIL AND FILTER
          CHANGE SERVICE
          LESTER GLENN FREE FOR LIFE OIL CHANGE POLICY ENTITLES LESTER
          GLENN CUSTOMERS TO ONE FREE LUBE OIL AND FILTER CHANGE EVERY
          SIX MONTHS OR 7500 MILES, AS LONG AS THEY OWN THE VEHICLE!!!
          TECHNICIAN PERFORMED FREE LUBE OIL AND FILTER CHANGE PER
          LESTER GLENN FREE-FOR-LIFE POLICY

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
          1      PKFFL11        NEW 2.0L PKG                        INTERNAL
          1      15208AA15A     OIL FILTER C                        INTERNAL
          1      803916010      GASKET                              INTERNAL
          7      SOA635045      SYNTHETIC 0W                        INTERNAL
          2      W/F            WASHER FLUID                        INTERNAL
                                               TOTAL - PARTS           0.00

JOB# 1 TOTALS----------------------------------------------------------

                            JOB# 1 JOURNAL PREFIX SUCS  JOB# 1 TOTAL       0.00
JOB# 2 CHARGES----------------------------------------------------------

LABOR-----------------------------------------------------------------
J# 2 46SUZ04      ROTATE TIRES                    TECH(S):128              19.95
          CUSTOMER REQUESTS TIRE ROTATION

JOB# 2 TOTALS----------------------------------------------------------
                                                     LABOR                19.95

                            JOB# 2 JOURNAL PREFIX SUCS  JOB# 2 TOTAL      19.95
JOB# 3 CHARGES----------------------------------------------------------

LABOR-----------------------------------------------------------------
J# 3+00SUZZMPI        MPI                          TECH(S):128          INTERNAL
          MULTI POINT INSPECTION
          PERFORM MULTI POINT INSPECTION
          PERFORMED MULTI POINT INSPECTION

JOB# 3 TOTALS----------------------------------------------------------

                            JOB# 3 JOURNAL PREFIX SUCS  JOB# 3 TOTAL       0.00
JOB# 4 CHARGES----------------------------------------------------------

LABOR-----------------------------------------------------------------
J# 4+00SUCONERN       NO OTHER CONCERN             TECH(S):128          INTERNAL
          CUSTOMER HAS NO OTHER CONCERNS
          CUSTOMER HAS NO OTHER CONCERNS
          CUSTOMER HAS NO OTHER CONCERNS

JOB# 4 TOTALS----------------------------------------------------------

                            JOB# 4 JOURNAL PREFIX SUCS  JOB# 4 TOTAL       0.00

---

The Reynolds and Reynolds Company. Printed ... 6e2373bd8bd227a4 109121



**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

COMMENTS---------------------------------------------------------------------
WAIT
DELETED OPERATION(S)---------------------------------------------------------
00SUZTU15    AIR FILTER REPL

TOTALS----------------------------------------------------------------------

```
************IMPORTANT****************IMPORTANT*************          TOTAL LABOR....    19.95
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR    *       TOTAL PARTS....     0.00
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *       TOTAL SUBLET...     0.00
*SATISFIED" ON ALL QUESTIONS. "PLEASE" CALL OUR SERVICE    *       TOTAL G.O.G....     0.00
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1    *       TOTAL MISC CHG.     0.00
*CONCERN.                                                  *       TOTAL MISC OISC     0.00
*                                                          *       TOTAL TAX......     1.40
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!      *                       ........
*                                                          *       TOTAL INVOICE $    21.35
```

CUSTOMER SIGNATURE

| INVOICE NUMBER | |
|---|---|
| | SUCS208699 |

| CUSTOMER NUMBER | |
|---|---|
| | 199995 |

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

**NONE**

| RESIDENCE PHONE | BUSINESS PHONE |
|---|---|
| 732-965-5168 | |

| ADVISOR | | TAG NO. |
|---|---|---|
| KATHY OTTMER | 475 | 434 |

| LABOR RATE | LICENSE NO | MILEAGE |
|---|---|---|
| | | 10,206 |

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

| F. T. E. NO. | P. O. NO. |
|---|---|

| COLOR | STOCK NO. |
|---|---|
| ICE SILV ME | CH243313 |

COMMENTS

| DELIVERY MILES | SELLING DEALER NO. |
|---|---|
| 21 | 61420 |

| R. O. DATE | INVOICE DATE |
|---|---|
| 12/01/12 | 12/01/12 |

| REPRINT NUMBER | DELIVERY DATE |
|---|---|
| | 08/25/12 |

PRODUCTION DATE

MO: 10206

The Reynolds and Reynolds Company  8342230C3 (08/13)



**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE NUMBER
**SUCS210844**

CUSTOMER NUMBER
**199995**

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

| | | |
|---|---|---|
| 732-965-5168 | | |
| ADVISOR JOHN MCFALL | 139 | 433 |
| LABOR RATE | | 17,643 |

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

COLOR
ICE SILV ME            STOCK NO. CH243313

COMMENTS

DELIVERY MILES
21

SELLING DEALER NO.
61420

R.O. DATE
02/07/13

INVOICE DATE
02/07/13

REPRINT NUMBER
08/25/12

MO: 17644

---

JOB# 1 CHARGES------------------------------------------------------

LABOR------------------------------------------------------
J# 1 00SUZZFREELOF   FREELOF              TECH(S):116        INTERNAL
               CUSTOMER STATES PERFORM FREE LIFETIME LUBE OIL AND FILTER
               CHANGE SERVICE
               LESTER GLENN FREE FOR LIFE OIL CHANGE POLICY ENTITLES LESTER
               GLENN CUSTOMERS TO ONE FREE LUBE OIL AND FILTER CHANGE EVERY
               SIX MONTHS OR 7500 MILES, AS LONG AS THEY OWN THE VEHICLE!!!
               TECHNICIAN PERFORMED FREE LUBE OIL AND FILTER CHANGE PER
               LESTER GLENN FREE-FOR-LIFE POLICY

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
               1    PKFFL11          NEW 2.0L PKG                   INTERNAL
               1    803916010        GASKET                        INTERNAL
               1    15208AA15A       OIL FILTER C                  INTERNAL
               6    0W-20            0W-20                         INTERNAL
                    SYNTHETIC OIL
               2    W/F              WASHER FLUID                  INTERNAL
                                              TOTAL - PARTS          0.00

JOB# 1 TOTALS------------------------------------------------------

                              JOB# 1 JOURNAL PREFIX SUCS JOB# 1 TOTAL    0.00
JOB# 2 CHARGES------------------------------------------------------

LABOR------------------------------------------------------
J# 2 B5SUZ          ACCESSORIES              TECH(S):116           89.95
               CUST REQUES WINDOW DEF. $119.00 PLUS LABOR $89.95
               INSTALL RAIN GUARDS

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
               1    E3610FJ660       SIDE WINDOW                  119.95    119.95
                                              TOTAL - PARTS                119.95

MISC------CODE-------DESCRIPTION-----------------------------CONTROL NO--------
               MAZCPN  MA COUPON                                           -31.34
                                              TOTAL - MISC                 -31.34

JOB# 2 TOTALS------------------------------------------------------
                                                   LABOR          89.95
                                                   PARTS         119.95
                                                   MISC          -31.34

                              JOB# 2 JOURNAL PREFIX SUCS JOB# 2 TOTAL   178.56
JOB# 3 CHARGES------------------------------------------------------

LABOR------------------------------------------------------
J# 3 20SUZO6        CABIN AIR FILTER         TECH(S):116           40.00
               CUSTOMER REQUESTS CABIN AIR FILTER REPLACEMENT
               $79.95 INC $10.00 COUPON
               INSTALL CABIN FILTER

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
               1    72880FG000       FILTER                        39.95     39.95

---

# LESTER GLENN

AUTO GROUP

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

TOTALS

```
************IMPORTANT*****************IMPORTANT*************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR    *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE    *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1    *
*CONCERN.                                                   *
*                                                           *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!      *
*                                                           *
```

| | |
|---|---|
| TOTAL LABOR.... | 129.95 |
| TOTAL PARTS.... | 159.90 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | -41.34 |
| TOTAL TAX...... | 17.40 |
| **TOTAL INVOICE $** | **265.91** |

INVOICE NUMBER **SUCS210844**

CUSTOMER NUMBER **199995**

CUSTOMER SIGNATURE

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

RESIDENCE PHONE **732-965-5168**   BUSINESS PHONE

ADVISOR **JOHN MCFALL** **139**   TAG NO. **433**

LABOR RATE   LICENSE NO.   MILEAGE **17,643**

YEAR/MAKE/MODEL **12/SUBARU/IMPREZA/5DR WGN 2.0I PREM**

VEHICLE ID NO. **J F 1 G P A C 6 1 C H 2 4 3 3 1 3**

F.E.T. NO.   P.O. NO.

COLOR **ICE SILV ME**   STOCK NO. **CH243313**

COMMENTS

DELIVERY MILES **21**   SELLING DEALER NO. **61420**

R.O. DATE **02/07/13**   INVOICE DATE **02/07/13**

REPRINT NUMBER   DELIVERY DATE **08/25/12**

PRODUCTION DATE

**MO: 17644**

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE FURNISHED TO

SUCS210844

199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

| HOME/CELL PHONE | BUSINESS PHONE |
|---|---|
| 732-965-5168 | |

| ADVISOR | TAG NO |
|---|---|
| JOHN MCFALL | 139 | 433 |

| LABOR RATE | LICENSE NO | MILEAGE |
|---|---|---|
| | | 17,643 |

YEAR/MAKE/MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE I.D.NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

| COLOR | STOCK NO |
|---|---|
| ICE SILV ME | CH243313 |

COMMENTS

| DELIVERY MILES | SELLING DEALER NO |
|---|---|
| 21 | 61420 |

| R.O. DATE | INVOICE DATE |
|---|---|
| 02/07/13 | 02/07/13 |

REPRINT NUMBER          DELIVERY DATE
                        08/25/12

FIRST SERVICE DATE
MO: 17644

---

TOTAL - PARTS          39.95

MISC------CODE--------DESCRIPTION-------------------------CONTROL NO---------
          MAZCPN  MA COUPON                                        -10.00
                                              TOTAL - MISC        -10.00

JOB# 3 TOTALS----------------------------------------------
                                              LABOR            40.00
                                              PARTS            39.95
                                              MISC            -10.00

                        JOB# 3 JOURNAL PREFIX SUCS  JOB# 3 TOTAL    69.95
JOB# 4 CHARGES--------------------------------------------

LABOR------------------------------------------------------
J# 4 00SUZMPI      MPI                    TECH(S):116        INTERNAL
                MULTI POINT INSPECTION
                PERFORM MULTI POINT INSPECTION
                PERFORMED MULTI POINT INSPECTION

JOB# 4 TOTALS----------------------------------------------
                        JOB# 4 JOURNAL PREFIX SUCS  JOB# 4 TOTAL     0.00
JOB# 5 CHARGES--------------------------------------------

LABOR------------------------------------------------------
J# 5 00SUCONERN    NO OTHER CONCERN        TECH(S):116        INTERNAL
                CUSTOMER HAS NO OTHER CONCERNS
                CUSTOMER HAS NO OTHER CONCERNS
                CUSTOMER HAS NO OTHER CONCERNS

JOB# 5 TOTALS----------------------------------------------
                        JOB# 5 JOURNAL PREFIX SUCS  JOB# 5 TOTAL     0.00
JOB# 6 CHARGES--------------------------------------------

LABOR------------------------------------------------------
J# 6+00SUZDECLINE   DECLINE                TECH(S):116        INTERNAL
                CUSTOMER DECLINED REPAIRS AT THIS TIME
                CUSTOMER DECLINE REPAIRS AT THIS TIME
                CUSTOMER DECLINED REPAIRS AT THIS TIME
                15K

JOB# 6 TOTALS----------------------------------------------
                        JOB# 6 JOURNAL PREFIX SUCS  JOB# 6 TOTAL     0.00

COMMENTS ---------------------------------------------------
WAITER

RECOMMENDATIONS -------------------------------------------
15K
TIRE ROTATION

---

# LESTER GLENN

## AUTO GROUP

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

TOTALS----------------------------------------------------------

```
***********IMPORTANT***************IMPORTANT*************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR     *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY  *
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE     *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1     *
*CONCERN.                                                   *
*                                                           *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!       *
*                                                           *
```

| | |
|---|---:|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 26.95 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 1.89 |
| **TOTAL INVOICE $** | **28.84** |

SUCS219691

199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

732-965-5168

ZINA APPROVATO       236          404

                                  49,508

12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

J F 1 G P A C 6 1 C H 2 4 3 3 1 3

ICE SILV ME          CH243313

        21            61420

     01/18/14         01/18/14

                      08/25/12

    MO: 49508

CUSTOMER SIGNATURE

PAGE 2 OF 2      07:56am    CUSTOMER COPY          [ END OF INVOICE ]



**SUBARU**
.501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

SUCS219691

199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

732-965-5168

ZINA APPROVATO        236        404

49,508

12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

J F 1 G P A C 6 1 C H 2 4 3 3 1 3

ICE SILV ME                    CH243313

21                             61420

01/18/14                       01/18/14
                               08/25/12

MO: 49508

---

```
JOB#  1 CHARGES-----------------------------------------------------

LABOR---------------------------------------------------------------
J# 1 11SUZ         ENGINE MINOR              TECH(S):862        WARRANTY
                   CHECK FOR OIL CONSUMTION
                   PERFORM CONSUMPTION TEST AGAIN FOUND PCV CLOGGED
                   REPLACE PCV

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
              1   11810AA130           VALVE COMPL                        WARRANTY
                                                       TOTAL - PARTS          0.00

JOB#  1 TOTALS------------------------------------------------

                           JOB#  1 JOURNAL PREFIX  SUCS  JOB#  1 TOTAL    0.00
JOB#  2 CHARGES-----------------------------------------------------

LABOR---------------------------------------------------------------
J# 2 00SUZZFREELOF  FREELOF                  TECH(S):862        INTERNAL
                   CUSTOMER STATES PERFORM FREE LIFETIME LUBE OIL AND FILTER
                   CHANGE SERVICE
                   LESTER GLENN FREE FOR LIFE OIL CHANGE POLICY ENTITLES LESTER
                   GLENN CUSTOMERS TO ONE FREE LUBE OIL AND FILTER CHANGE EVERY
                   SIX MONTHS OR 7500 MILES. AS LONG AS THEY OWN THE VEHICLE!!!
                   TECHNICIAN PERFORMED FREE LUBE OIL AND FILTER CHANGE PER
                   LESTER GLENN FREE-FOR-LIFE POLICY

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
              1   PKFFL11               NEW 2.0L PKG                      INTERNAL
              1   803916010            GASKET                            INTERNAL
              1   1520BAA15A           OIL FILTER C                      INTERNAL
              6   0W-20                SOA427V1310                       INTERNAL
                  SYNTHETIC OIL
              2   W/F                  WASHER FLUID                      INTERNAL
                                                       TOTAL - PARTS          0.00

JOB#  2 TOTALS------------------------------------------------

                           JOB#  2 JOURNAL PREFIX  SUCS  JOB#  2 TOTAL    0.00
JOB#  3 CHARGES-----------------------------------------------------

LABOR---------------------------------------------------------------
J# 3+00SUZTU15     AIR FILTER REPL           TECH(S):862        INTERNAL

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
              1   16546AA12A           ELEMENT AIR              26.95       26.95
                                                       TOTAL - PARTS        26.95

JOB#  3 TOTALS--------------------------------------------------
                                                       PARTS               26.95

                           JOB#  3 JOURNAL PREFIX  SUCS  JOB#  3 TOTAL   26.95

COMMENTS-----------------------------------------------------------
WAIT
```

SERVICE INVOICE

# LESTER GLENN

AUTO GROUP

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

**INVOICE NUMBER**
SUCS216584

**CUSTOMER NUMBER**
199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

| RESIDENCE PHONE | BUSINESS PHONE |
|---|---|
| 732-965-5168 | |

| ADVISOR | TAG NO |
|---|---|
| KATHY OTTMER | 475 |

| LABOR RATE | LICENSE NO. | MILEAGE |
|---|---|---|
| | | 38,342 |

**YEAR / MAKE / MODEL**
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

**VEHICLE ID NO**
JF1GPAC61CH243313

| R.T.E. NO. | | P.O. NO. |
|---|---|---|

| COLOR | STOCK NO. |
|---|---|
| ICE SILV ME | CH243313 |

**COMMENTS:**

| DELIVERY MILES | SELLING DEALER NO. |
|---|---|
| 21 | 61420 |

| R.O DATE | INVOICE DATE |
|---|---|
| 09/17/13 | 09/17/13 |

| REPRINT NUMBER | DELIVERY DATE |
|---|---|
| | 08/25/12 |

| | PRODUCTION DATE |
|---|---|
| MO: 38342 | |

1200
39542

---

JOB# 1 CHARGES--------------------------------------------------------

LABOR--------------------------------------------------------------
J# 1 11SUZ       ENGINE MINOR              TECH(S):862          INTERNAL
         CHECK OIL LEVEL FOR CONSUMPTION TEST
         CHECK FOR CONSUMPTION NO OIL USED IN 1131 MILES
         NO OIL USED NO OIL ADDED ASK CUSTOMER TO RETURN IN 1200 MILE

JOB# 1 TOTALS------------------------------------------------------

                    JOB# 1 JOURNAL PREFIX SUCS  JOB# 1 TOTAL      0.00

TOTALS-------------------------------------------------------------

```
***********IMPORTANT*****************IMPORTANT*************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR   *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *
*SATISFIED" ON ALL QUESTIONS. "PLEASE" CALL OUR SERVICE   *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1   *
*CONCERN.                                                 *
*                                                         *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!     *
*                                                         *
```

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE







**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE NUMBER
SUCS216997

CUSTOMER NUMBER
199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE
RESIDENCE PHONE | BUSINESS PHONE
732-965-5168

ADVISOR | TAG NO.
KATHY OTTMER   475   3595

LABOR RATE | LICENSE NO. | MILEAGE
39,436

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

F. T. E. NO. | P O NO

COLOR | STOCK NO
ICE SILV ME   CH243313

COMMENTS

DELIVERY MILES | SELLING DEALER NO.
21   61420

R. O. DATE | INVOICE DATE
10/01/13   10/01/13

REPRINT NUMBER | DELIVERY DATE
08/25/12

PRODUCTION DATE

MO: 39436
1200
40636

JOB# 1 CHARGES----------------------------------------------------------------

LABOR----------------------------------------------------------------
J# 1 11SUZ     ENGINE MINOR      TECH(S):B62      INTERNAL
     CHECK OIL LEVEL FOR OIL CONSUMPTION TEST
     PERFORM NEW SHEET FOR OIL CONSUMPTION
     CUSTOMER MUST RETURN IN 1200 ENGINE OIL WAS FULL

JOB# 1 TOTALS----------------------------------------------------------

             JOB# 1 JOURNAL PREFIX SUCS JOB# 1 TOTAL     0.00

TOTALS----------------------------------------------------------------

| | |
|---|---|
| ***********IMPORTANT***************IMPORTANT*********** | |
| *YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR * | TOTAL LABOR.... 0.00 |
| *ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY * | TOTAL PARTS.... 0.00 |
| *SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE * | TOTAL SUBLET... 0.00 |
| *DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1 * | TOTAL G.O.G.... 0.00 |
| *CONCERN. * | TOTAL MISC CHG. 0.00 |
| * * | TOTAL MISC DISC 0.00 |
| *FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!! * | TOTAL TAX...... 0.00 |
| * * | |

TOTAL LABOR.... 0.00
TOTAL PARTS.... 0.00
TOTAL SUBLET... 0.00
TOTAL G.O.G.... 0.00
TOTAL MISC CHG. 0.00
TOTAL MISC DISC 0.00
TOTAL TAX...... 0.00
--------
**TOTAL INVOICE $**    **0.00**

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company. 8FRAMINVOICE SF20030REV. (04/01)



**LESTER GLENN**

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE NUMBER
**SUCS217289**
CUSTOMER NUMBER
**199995**

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE
RESIDENCE PHONE | BUSINESS PHONE
**732-965-5168**
ADVISOR | TAG NO.
**KATHY OTTMER** | **475** | **3258**
LABOR RATE | LICENSE NO. | MILEAGE
| | **40,515**
YEAR / MAKE / MODEL
**12/SUBARU/IMPREZA/5DR WGN 2.0I PREM**
VEHICLE ID NO.
**J F 1 G P A C 6 1 C H 2 4 3 3 1 3**
F.T.E. NO. | P.O. NO.

COLOR | STOCK NO.
**ICE SILV ME** | **CH243313**
COMMENTS

DELIVERY MILES | SELLING DEALER NO.
**21** | **61420**
R.O. DATE | INVOICE DATE
**10/12/13** | **10/12/13**
REPRINT NUMBER | DELIVERY DATE
| **08/25/12**
| PRODUCTION DATE
**MO: 40515**

JOB# 1 CHARGES

LABOR
J# 1 11SUZ        ENGINE MINOR              TECH(S):862          INTERNAL
            MONITOR FOR OIL CONSUMPTION
            ADDEO .2 QTS OIL

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
            1    0W-20         0W-20 SOA635                      INTERNAL
                 SYNTHETIC OIL
                                                    TOTAL - PARTS      0.00

JOB# 1 TOTALS

                          JOB# 1 JOURNAL PREFIX SUCS JOB# 1 TOTAL      0.00
TOTALS

***********IMPORTANT****************IMPORTANT*************          TOTAL LABOR....    0.00
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR   *        TOTAL PARTS....    0.00
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *       TOTAL SUBLET...    0.00
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE   *        TOTAL G.O.G....    0.00
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1   *        TOTAL MISC CHG.    0.00
*CONCERN.                                                 *        TOTAL MISC DISC    0.00
*                                                         *        TOTAL TAX......    0.00
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!     *        ........
*                                                         *        **TOTAL INVOICE $    0.00**

_____

CUSTOMER SIGNATURE

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

04/18/2014

Invoice #
**30021**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2011 Honda Element**
Odometer In: 56470
License: IM87VT          VIN: 5J6YH2H7XLBL00229

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| of | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Mobil 1Synth | 5W20 | 5.00 | $8.99 | $44.95 |

**Labor:** $8.50        **Hrs:** 0.10     **Parts:** $48.94              **Sublet:**$0.00

### TIRE PRESSURE SENSOR - Remove & Replace - One – [Includes: Perform Relearn Procedure.]

Driver/side front tire pressure sensor
Tire Rotated

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| TPM106A | Sensor TPM / Tire Press Sensors/Parts | 1.00 | $58.06 | $58.06 |

**Labor:** $90.00       **Hrs:** 1.00     **Parts:** $58.06        **Sublet:**$0.00

### Check over

Remove, and replace air filter

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| CA10359 | Panel Air Filter / Air Filter | 1.00 | $23.28 | $23.28 |

**Labor:** $0.00        **Hrs:** 0.00     **Parts:** $23.28              **Sublet:**$0.00

Technician(s): Kahl, Cory

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.



| | |
|---|---|
| Labor Total: | $98.50 |
| Parts Total: | $130.28 |
| Sublet Total: | $0.00 |
| Shop Sup.: | $13.15 |
| HazMat: | $2.00 |
| Sub Total: | $243.93 |
| Tax Total: | $17.08 |
| Grand Total: | $261.01 |
| **Balance Due:** | **$261.01** |



SIGNATURE...................................................................................Date.................................................................

  

Page 1 Of  1





## Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

**07/19/2014**
Invoice #
**30902**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 66035
License: 51NRHRT        VIN: JF1GPAC61CH243313

## *INVOICE*

### CABIN AIR FILTER/Air Filter - Remove & Replace - All Applicable Models

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| CA9997 | Panel Air Filter / Air Filter | 1.00 | $14.82 | $14.82 |
| 800122P | CABIN AIR FILTER / Cabin Air Filter | 1.00 | $27.58 | $27.58 |

**Labor: $22.50**   **Hrs:** 0.25   **Parts: $42.40**        **Sublet:**$0.00

### Wipers

remove, and replace wipers frnt/back

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 8-212B | WIPER ACD / Wiper Blade | 1.00 | $17.06 | $17.06 |
| 8-9926 | BLADE ACD / Wiper Blade | 1.00 | $24.92 | $24.92 |
| 8-9916 | BLADE ACD / Wiper Blade | 1.00 | $24.92 | $24.92 |

**Labor: $0.00**   **Hrs:** 0.00   **Parts: $66.90**        **Sublet:**$0.00

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| of | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Mobil 1/Synthetic | 0W20 | 5.00 | $8.99 | $44.95 |

**Labor: $8.50**   **Hrs:** 0.10   **Parts: $48.94**        **Sublet:**$0.00

### Tire Rotation

Rotated tires

**Labor: $20.00**   **Hrs:** 0.22   **Parts: $0.00**        **Sublet:**$0.00

Technician(s): Kahl, Cory

I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply.  Respond
STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose of testing and/or
inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto. Warranty on parts and labor is one years or
12,000 miles whichever comes first.  Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.



| | |
|---|---|
| Labor Total: | $51.00 |
| Parts Total: | $158.24 |
| Sublet Total: | $0.00 |
| Shop Sup: | $12.03 |
| HazMat: | $2.00 |
| Sub Total: | $223.27 |
| Tax Total: | $15.63 |
| Grand Total: | $238.90 |
| **Balance Due:** | **$238.90** |



SIGNATURE.................................................................. Date.........................................

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610  Fax: 732-477-6354

**11/08/2014**
Invoice #
**31902**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 76374
License: 5INRHRT          VIN: JF1GPAC61CH243313

## *INVOICE*

### lube oil and filter

5 quart oil/filter change,lube chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 4321 | OIL FILTER | 1.00 | $3.99 | $3.99 |
| semi synth | ENGINE OIL 0w 20 Synthetic | 6.50 | $8.99 | $58.44 |

**Labor:** $8.50        **Hrs:** 0.12    **Parts:** $62.43            **Sublet:**$0.00

Technician(s): Kahl, Evan

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $8.50 |
| Parts Total: | $62.43 |
| Sublet Total: | $0.00 |
| Shop Sup: | $4.08 |
| HazMat: | $2.00 |
| ------------------ | |
| Sub Total: | $77.01 |
| Tax Total: | $5.40 |
| Grand Total: | $82.41 |
| **Balance Due:** | **$82.41** |

 

**SIGNATURE**.......................................................................... **Date**............................................................

 

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

**01/10/2015**
Invoice #
**32413**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 80920
License: 51NRHRT          VIN: JF1GPAC61CH243313

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | | | Quantity | Sale | Extended |
|---|---|---|---|---|---|---|
| of | OIL FILTER | | | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | | | 5.00 | $8.99 | $44.95 |

**Labor: $8.50**     **Hrs:** 0.10   **Parts: $48.94**          **Sublet:**$0.00

### PARK/TURN SIGNAL LAMP BULB - Remove & Replace - Front,Both

| Part Number | Description | | | Quantity | Sale | Extended |
|---|---|---|---|---|---|---|
| 194 | Bulbs/Marker | | | 2.00 | $3.78 | $7.56 |

**Labor: $54.00**     **Hrs:** 0.60   **Parts: $7.56**          **Sublet:**$0.00

Technician(s): Kahl, Evan

I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply. Respond
STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose of testing and/or
inspection. An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto. Warranty on parts and labor is one years or
12,000 miles whichever comes first. Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $62.50 |
| Parts Total: | $56.50 |
| Sublet Total: | $0.00 |
| Shop Sup: | $6.84 |
| HazMat: | $2.00 |
| -------------------- | |
| Sub Total: | $127.84 |
| Tax Total: | $8.95 |
| Grand Total: | $136.79 |
| **Balance Due:** | **$136.79** |

 

**SIGNATURE**.............................................................................................. **Date**.............................................................

   

Page 1 Of 1

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

04/25/201
Invoice #
**33313**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 89399
License: 51NRHRT      VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## *INVOICE*

### HEADLAMP BULB - Remove & Replace - w/Halogen Lamps,Both

(Both front low beam bulbs)

| Part Number | Description | | | Quantity | Sale | Extend |
|---|---|---|---|---|---|---|
| H11 | H11 BULB | | | 2.00 | $16.98 | $33. |
| **Labor:** $27.00 | **Hrs:** 0.30 | **Parts:** $33.96 | **Sublet:**$0.00 | | | |

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | | | Quantity | Sale | Extend |
|---|---|---|---|---|---|---|
| of | OIL FILTER | | | 1.00 | $3.99 | $3.9 |
| Synthetic | 0W20 | | | 5.00 | $8.99 | $44.9 |
| **Labor:** $8.50 | **Hrs:** 0.10 | **Parts:** $48.94 | **Sublet:**$0.00 | | | |

**Declined Work**                                                          **Estimate**

03/20/2015    WHEEL NUT / Wheel Lug Nut                                        $31

Technician(s): Kahl, Cory

I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply.  Respond
STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose to testing and/or
inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto. Warranty on parts and labor is one years or
12,000 miles whichever comes first. Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $35.50 |
| Parts Total: | $82.90 |
| Sublet Total: | $0.00 |
| Shop Sup: | $6.81 |
| HazMat: | $2.00 |
| -------------------- | |
| Sub Total: | $127.21 |
| Tax Total: | $8.90 |
| Grand Total: | $136.11 |
| **Balance Due:** | **$136.11** |

VISA  DSC_VS

**SIGNATURE**............................................................................................ **Date**...............................................

RICH'S AUTOMOTIVE

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610  Fax: 732-477-6354

Invoice #
**35751**

Estimate #: 52771

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701
Cellular 908-596-1819

**2012 Subaru Impreza Premium**
Odometer In: 114238
License: 51NRHRT          VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## INVOICE

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 78799-891 | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | 5.30 | $8.99 | $47.65 |

**Labor: $8.50      Hrs: 0.10      Parts: $51.64          Sublet:$0.00**

**Keep In Mind**

03/28/2016

| | |
|---|---|
| 01/30/2016 | Your tires are showing exessive wear indicating your vehicle is due for a wheel alignment. |
| 01/30/2016 | During our inspection we noticed your rear struts are worn. Some of the larger components of a car's suspension system are the struts; these support the chassis while absorbing both horizontal and vertical shock. Symptoms of a worn rear-strut include abnormal rear-tire wear, abnormal vibration from the rear, rear "clunking" noises, excessive bouncing over bumps and oil leakage. |
| 03/28/2016 | Perform Lube, Oil & Filter Exchange on 3/28/2016 or 119200 Miles |



Scan To Set Appointment

Technician(s): Kahl, Evan

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.



| | |
|---|---|
| Labor Total: | $8.50 |
| Parts Total: | $51.64 |
| Sublet Total: | $0.00 |
| Shop Sup: | $3.46 |
| HazMat: | $2.00 |
| -------------------- | |
| Sub Total: | $65.60 |
| Tax Total: | $4.59 |
| Grand Total: | $70.19 |
| **Balance Due:** | **$70.19** |

    

SIGNATURE.................................................................. Date.........................................................

     www.richsautomotivebrick.mechanicne  
Page 1 Of 1



# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO 411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

04/02/2016 8:47:41 AM
Invoice #
**36247**

Estimate #: 53430

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701
Cellular 908-596-1819

**2012 Subaru Impreza Premium**
Odometer In: 119094
License: 51NRHRT       VIN: JF1GPAC61CH243313

Eng: 2L, H4 (122CI) VIN(A)

## *INVOICE*

**lube oil and filter**

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 78799-891 | OIL FILTER | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | 5.00 | $8.99 | $44.95 |

**Labor:** $8.50      **Hrs:** 0.10    **Parts:** $48.94                **Sublet:**$0.00

**Keep In Mind**

05/02/2016

| | |
|---|---|
| 01/30/2016 | Your tires are showing exessive wear indicating your vehicle is due for a wheel alignment. |
| 01/30/2016 | During our inspection we noticed your rear struts are worn. Some of the largest components of a car's suspension system are the struts; they support the chassis while absorbing both horizontal and vertical shock. Symptoms of a worn rear-strut include abnormal rear-tire wear, abnormal vibration from the rear, rear "clunking" noises, excessive bouncing over bumps and oil leakage. |
| 04/02/2016 | Our inspection showed your air cleaner is dirty. We recommend you have us change your filter as soon as possible. Your vehicle manufacturer recommends replacing the Air Cleaner Filter/Element every 30,000 miles or every other year depending on your driving conditions. A dirty Air Cleaner Filter may cause engine performance concerns such as lower power, poor fuel economy or a rough running engine. |
| 04/02/2016 | Our inspection showed your cabin air cleaner is dirty. We recommend you have us change your cabin filter as soon as possible. Keeping the air clean has as many benefits in your car or truck as it does in your home and workplace. Most late model cars and trucks have a cabin air filter. These also help preserve the heater and air conditioner by keeping out dust and debris. |
| 05/02/2016 | Your front brakes are OK at this time, I recommend that we check them again within the next six months. Pads are @ 5mm when pads are done will need to replace rotors. |
| 05/31/2016 | Perform Lube, Oil & Filter Exchange on 5/31/2016 or 124100 Miles. |

Scan To Set Appointment



Technician is : Karl Core.

I consent to receiving text messages regarding your services via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply. Respond STOP to any message to cancel.

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $8.50 |
| Parts Total: | $48.94 |
| Sublet Total: | $0.00 |
| Shop Sup: | $3.30 |
| HazMat: | $2.00 |
| | |
| Sub Total: | $62.74 |
| Tax Total: | $4.39 |
| Grand Total: | $67.13 |
| **Balance Due:** | **$67.13** |

   

SIGNATURE.................................................................................... DATE................................



**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

| LABOR | | | |
|---|---|---|---|
| J# 4 00SUZZMPI | MPI | TECH(S):116 | INTERNAL |
| | MULTI POINT INSPECTION | | |
| | PERFORM MULTI POINT INSPECTION | | |
| | PERFORMED MULTI POINT INSPECTION | | |

JOB# 4 TOTALS

JOB# 4 JOURNAL PREFIX SUCS  JOB# 4 TOTAL       0.00

JOB# 5 CHARGES

| LABOR | | | |
|---|---|---|---|
| J# 5 00SUCONERN | NO OTHER CONCERN | TECH(S):116 | INTERNAL |
| | CUSTOMER HAS NO OTHER CONCERNS | | |
| | CUSTOMER HAS NO OTHER CONCERNS | | |
| | CUSTOMER HAS NO OTHER CONCERNS | | |

JOB# 5 TOTALS

JOB# 5 JOURNAL PREFIX SUCS  JOB# 5 TOTAL       0.00

COMMENTS
WAITER

TOTALS

| INVOICE NUMBER | SUCS216305 |
|---|---|
| CUSTOMER NUMBER | 199995 |

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

| RESIDENCE PHONE | BUSINESS PHONE |
|---|---|
| 732-965-5168 | |

| ADVISOR | | TAG NO. |
|---|---|---|
| KATHY OTTMER | 475 | 862 |

| LABOR RATE | LICENSE NO | MILEAGE |
|---|---|---|
| | | 37,211 |

| YEAR / MAKE / MODEL |
|---|
| 12/SUBARU/IMPREZA/5DR WGN 2.0I PREM |

| VEHICLE ID NO. |
|---|
| J F 1 G P A C 6 1 C H 2 4 3 3 1 3 |

| F.T.E. NO. | P.O. NO. |
|---|---|
| | |

| COLOR | STOCK NO |
|---|---|
| ICE SILV ME | CH243313 |

| COMMENTS | |
|---|---|

| DELIVERY MILES | |
|---|---|
| 21 | |

| SELLING DEALER NO. |
|---|
| 61420 |

| R.O. DATE | INVOICE DATE |
|---|---|
| 09/06/13 | 09/06/13 |

| REPAIR NUMBER | DELIVERY DATE |
|---|---|
| | 08/25/12 |

| | PRODUCTION DATE |
|---|---|
| MO: 37312 | |

*************IMPORTANT*****************IMPORTANT**************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR     *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY  *
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE     *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1     *
*CONCERN.                                                   *
*                                                           *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!       *
*                                                           *

| TOTAL LABOR.... | 104.00 |
|---|---|
| TOTAL PARTS.... | 25.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 9.03 |
| **TOTAL INVOICE $** | **138.03** |

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company. SSRP0040 Q (04/12)



**LESTER GLENN**
AUTO GROUP

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

SUCS216305

199995

J WHITEHEAD
AZ LN
OD, NJ 08701-7391

| | BUSINESS PHONE | |
|---|---|---|
| 965-5168 | | |
| | | TAG NO. |
| OTTMER | 475 | 862 |
| LICENSE NO. | MILEAGE | |
| | | 37,211 |

UBARU/IMPREZA/5DR WGN 2.0I PREM

1 G P A C 6 1 C H 2 4 3 3 1 3

P.O.NO.

E SILV ME        STOCK NO.   CH243313

| | SELLING DEALER NO. |
|---|---|
| 21 | 61420 |
| | INVOICE DATE |
| 9/06/13 | 09/06/13 |
| | DELIVERY DATE |
| | 08/25/12 |
| | PRODUCTION DATE |
| ): 37312 | |

---

```
JOB#  1 CHARGES------------------------------------------------

LABOR--------------------------------------------------------
J# 1 00SUZZFREELOF    FREELOF          TECH(S):116          INTERNAL
               CUSTOMER STATES PERFORM FREE LIFETIME LUBE OIL AND FILTER
               CHANGE SERVICE
               LESTER GLENN FREE FOR LIFE OIL CHANGE POLICY ENTITLES LESTER
               GLENN CUSTOMERS TO ONE FREE LUBE OIL AND FILTER CHANGE EVERY
               SIX MONTHS OR 7500 MILES, AS LONG AS THEY OWN THE VEHICLE!!!
               TECHNICIAN PERFORMED FREE LUBE OIL AND FILTER CHANGE PER
               LESTER GLENN FREE-FOR-LIFE POLICY

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
               1    PKFFL11         NEW 2.0L PKG                          INTERNAL
               1    803916010       GASKET                               INTERNAL
               1    15208AA15A      OIL FILTER C                         INTERNAL
               6    0W-20           0W-20                                INTERNAL
                    SYNTHETIC OIL
               2    W/F             WASHER FLUID                         INTERNAL
                                                        TOTAL - PARTS        0.00

JOB#  1 TOTALS---------------------------------------------

                        JOB#  1 JOURNAL PREFIX  SUCS  JOB# 1 TOTAL       0.00
JOB#  2 CHARGES---------------------------------------------

LABOR------------------------------------------------------
J# 2 11SUZ          ENGINE MINOR            TECH(S):116          INTERNAL
               MONITOR FOR OIL CONSUMPTION
               CUST REQUESTED TO RETURN IN 1200 MILES FOR OIL LEVEL
               INSPECTION

JOB#  2 TOTALS---------------------------------------------

                        JOB#  2 JOURNAL PREFIX  SUCS  JOB# 2 TOTAL       0.00
JOB#  3 CHARGES---------------------------------------------

LABOR------------------------------------------------------
J# 3 00SUZBR05      BRAKE SYS-FLUSH         TECH(S):116            104.00
               BG BRAKE FLUID EXCHANGE

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
               1    BG-BRAKE        BG BRAKE FL          25.00         25.00
                    PN 85032
                                                        TOTAL - PARTS       25.00

JOB#  3 TOTALS---------------------------------------------
                                                        LABOR              104.00
                                                        PARTS               25.00

                        JOB#  3 JOURNAL PREFIX  SUCS  JOB# 3 TOTAL      129.00
JOB#  4 CHARGES---------------------------------------------

LABOR------------------------------------------------------
```

SERVICE INVOICE

# LESTER GLENN
AUTO GROUP

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

COMMENTS - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WAIT

TOTALS - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
***********IMPORTANT***************IMPORTANT*************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR   *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *
*SATISFIED" ON ALL QUESTIONS. "PLEASE" CALL OUR SERVICE    *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1    *
*CONCERN.                                                  *
*                                                          *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!      *
*                                                          *
```

| | |
|---|---|
| TOTAL LABOR.... | 30.35 |
| TOTAL PARTS.... | 26.95 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 4.01 |
| **TOTAL INVOICE $** | **61.31** |

CUSTOMER SIGNATURE

SUCS212958
199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE
732-965-5168          BUSINESS PHONE

ZINA APPROVATO    236    TAG NO.   862
MILEAGE    25,285

12/SUBARU/IMPREZA/5DR WGN 2.0I PREM
J F 1 G P A C 6 1 C H 2 4 3 3 1 3
P.O. NO.

COLOR  ICE SILV MI    STOCK NO.  CH243313

DELIVERY MILES   21        61420
R.O. DATE  04/27/13        04/27/13
REPRINT NUMBER            08/25/12

MO: 25285

PAGE 2 OF 2    08:07am    CUSTOMER COPY          [ END OF INVOICE ]

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

INVOICE BRAND TO
SUCS212958

CUSTOMER NUMBER TO
199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE
RESIDENCE PHONE
732-965-5168

BUSINESS PHONE

ADVISOR
ZINA APPROVATO  236

TAG NO.
862

LABOR RATE

LICENSE NO.

MILEAGE
25,285

YEAR/MAKE/MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO.
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

FILE NO.

P.O. NO.

COLOR
ICE SILV ME

STOCK NO.
CH243313

COMMENTS

DELIVERY MILES
21

RETURN DEALER NO.
61420

R.O. DATE
04/27/13

INVOICE DATE
04/27/13

REPRINT NUMBER

DELIVERY DATE
08/25/12

MO: 25285

---

JOB# 1 CHARGES----------------------------------------

LABOR----------------------------------------
J# 1 00SUZ     OIL CHANGE SERVICE          TECH(S):116          INTERNAL
PERFORM LUBE, OIL, AND FILTER CHANGE, SET TIRE PRESSURE, TOP
OFF FLUIDS, PERFORM SAFETY INSPECTION

PARTS------QTY---FP-NUMBER--------------DESCRIPTION--------------UNIT PRICE-
          1     PKFFL11           NEW 2.0L PKG                      INTERNAL
          1     803916010         GASKET                            INTERNAL
          1     15208AA15A        OIL FILTER C                      INTERNAL
          6     0W-20             0W-20                             INTERNAL
                                  SYNTHETIC OIL
          2     W/F               WASHER FLUID                      INTERNAL
                                                     TOTAL - PARTS      0.00

JOB# 1 TOTALS---------------------------------------

                                JOB# 1 JOURNAL PREFIX SUCS  JOB# 1 TOTAL    0.00
JOB# 2 CHARGES----------------------------------------

LABOR----------------------------------------
J# 2 46SUZ04    ROTATE TIRES                TECH(S):116            19.95
          CUSTOMER REQUESTS TIRE ROTATION

JOB# 2 TOTALS---------------------------------------
                                                        LABOR         19.95

                                JOB# 2 JOURNAL PREFIX SUCS  JOB# 2 TOTAL   19.95
JOB# 3 CHARGES----------------------------------------

LABOR----------------------------------------
J# 3 00SUZTU15    AIR FILTER REPL            TECH(S):116            10.40

PARTS------QTY---FP-NUMBER--------------DESCRIPTION--------------UNIT PRICE-
          1     16546AA12A        ELEMENT AIR                  26.95    26.95
                                                     TOTAL - PARTS     26.95

JOB# 3 TOTALS---------------------------------------
                                                        LABOR         10.40
                                                        PARTS         26.95

                                JOB# 3 JOURNAL PREFIX SUCS  JOB# 3 TOTAL   37.35
JOB# 4 CHARGES----------------------------------------

LABOR----------------------------------------
J# 4 00SUCONERN    NO OTHER CONCERN          TECH(S):116          INTERNAL
          CUSTOMER HAS NO OTHER CONCERNS
          CUSTOMER HAS NO OTHER CONCERNS
          CUSTOMER HAS NO OTHER CONCERNS

JOB# 4 TOTALS---------------------------------------

                                JOB# 4 JOURNAL PREFIX SUCS  JOB# 4 TOTAL    0.00

# LESTER GLENN

**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

| INVOICE NUMBER | SUCS214741 |
| --- | --- |
| CUSTOMER NUMBER | 199995 |

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

| RESIDENCE PHONE | BUSINESS PHONE |
| --- | --- |
| 732-965-5168 | |

| ADVISOR | | TAG NO |
| --- | --- | --- |
| KATHY OTTMER | 475 | 091 |

| LABOR RATE | LICENSE NO. | MILEAGE |
| --- | --- | --- |
| | | 31,689 |

YEAR / MAKE / MODEL
12/SUBARU/IMPREZA/5DR WGN 2.0I PREM

VEHICLE ID NO
J F 1 G P A C 6 1 C H 2 4 3 3 1 3

| P.T.E NO. | | P.O. NO. |
| --- | --- | --- |

| COLOR | | STOCK NO |
| --- | --- | --- |
| ICE SILV ME | | CH243313 |

COMMENTS

| DELIVERY MILES | SELLING DEALER NO. |
| --- | --- |
| 21 | 61420 |

| R. O. DATE | INVOICE DATE |
| --- | --- |
| 07/13/13 | 07/13/13 |

| REPRINT NUMBER | DELIVERY DATE |
| --- | --- |
| | 08/25/12 |

| | PRODUCTION DATE |
| --- | --- |
| MO: 31689 | |

---

JOB# 3 TOTALS

| | | |
| --- | --- | --- |
| | LABOR | 70.00 |
| | PARTS | 19.95 |
| | MISC | -10.00 |

JOB# 3 JOURNAL PREFIX SUCS  JOB# 3 TOTAL   79.95

JOB# 4 CHARGES

LABOR
J# 4 00SU27MPI    MPI                    TECH(S):128           INTERNAL
              MULTI POINT INSPECTION
              PERFORM MULTI POINT INSPECTION
              PERFORMED MULTI POINT INSPECTION

JOB# 4 TOTALS

JOB# 4 JOURNAL PREFIX SUCS  JOB# 4 TOTAL    0.00

JOB# 5 CHARGES

LABOR
J# 5 00SUCONCRN    NO OTHER CONCERN       TECH(S):128           INTERNAL
              CUSTOMER HAS NO OTHER CONCERNS
              CUSTOMER HAS NO OTHER CONCERNS
              CUSTOMER HAS NO OTHER CONCERNS

JOB# 5 TOTALS

JOB# 5 JOURNAL PREFIX SUCS  JOB# 5 TOTAL    0.00

COMMENTS
WAIT

TOTALS

```
***********IMPORTANT*****************IMPORTANT*************
*YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY. IF FOR   *
*ANY REASON YOU CANNOT ANSWER "10" WHICH MEANS "COMPLETELY *
*SATISFIED" ON ALL QUESTIONS, "PLEASE" CALL OUR SERVICE   *
*DEPT. AS SOON AS POSSIBLE. YOUR SATISFACTION IS OUR #1   *
*CONCERN.                                                 *
*                                                         *
*FROM ALL OF US HERE AT LESTER GLENN, THANK YOU!!!!!!     *
*                                                         *
```

| | |
| --- | --- |
| TOTAL LABOR.... | 129.95 |
| TOTAL PARTS.... | 19.95 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | -10.00 |
| TOTAL TAX...... | 10.49 |
| **TOTAL INVOICE $** | **150.39** |

CUSTOMER SIGNATURE



**SUBARU**
1501 Route 37 West
Toms River, NJ 08755
(732) 349-4200
www.lesterglenn.com

SUCS214741

199995

PETER J WHITEHEAD
11 TOPAZ LN
LAKEWOOD, NJ 08701-7391

NONE

732-965-5168

KATHY OTTMER          475          091
                                   $1,689

12/SUBARU/IMPREZA/5DR WGN 2.0L PREM

J1 1 G P A C 6 1 C H 2 4 1 3 1 3

TCE STEV ME          CH243313

21                61420
07/13/13          07/13/13
                  08/25/12
MO: $1689

---

JOB# 1 CHARGES

| LABOR | | | | |
|---|---|---|---|---|
| J# 1 00SUZZFREELOF   FREELOF | | | TECH(S):128 | INTERNAL |

CUSTOMER STATES PERFORM FREE LUBE LUBE OIL AND FILTER
CHANGE SERVICE
LESTER GLENN FREE FOR LIFE OIL CHANGE POLICY ENTITLES LESTER
GLENN CUSTOMERS TO ONE FREE LUBE OIL AND FILTER CHANGE EVERY
SIX MONTHS OR 7500 MILES, AS LONG AS THEY OWN THE VEHICLE!!!
TECHNICIAN PERFORMED FREE LUBE OIL AND FILTER CHANGE PER
LESTER GLENN FREE-FOR LIFE POLICY

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | PKFFL11 | NEW 2.0L PKG | | INTERNAL |
| | 1 | 803916010 | GASKET | | INTERNAL |
| | 1 | 15208AA15A | OIL FILTER C | | INTERNAL |
| | 6 | 0W-20 | 0W 20 | | INTERNAL |
| | | SYNTHETIC OIL | | | |
| | 2 | W/F | WASHER FLUID | | INTERNAL |
| | | | | TOTAL - PARTS | 0.00 |

JOB# 1 TOTALS

JOB# 1 JOURNAL PREFIX SUCS JOB# 1 TOTAL          0.00

JOB# 2 CHARGES

| LABOR | | | |
|---|---|---|---|
| J# 2 46S0705   ROTATE AND BALANCE | | TECH(S):128 | 59.95 |

CUSTOMER REQUESTS TIRES ROTATED AND BALANCED
$59.95

JOB# 2 TOTALS

                                        LABOR          59.95

JOB# 2 JOURNAL PREFIX SUCS JOB# 2 TOTAL          59.95

JOB# 3 CHARGES

| LABOR | | | |
|---|---|---|---|
| J# 3 00SUZFU03   CLEAN FUEL INJ | | TECH(S):128 | 70.00 |

SUBARU FUEL INJ. CLEANING
$79.95

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | S0A868V9340 | ENGINE MAINT | 19.95 | 19.95 |
| | | | | TOTAL - PARTS | 19.95 |

| MISC | CODE | DESCRIPTION | CONTROL NO | |
|---|---|---|---|---|
| | | SUBTOTAL 10% LABOR DISCOUNT | | -10.00 |
| | | | TOTAL - MISC | -10.00 |

BRICK NJ 08723
732-477-1610

Terminal ID: 00818324          0002

4/26/14                    9:36 AM

VISA
ACCT #: ************3070
CREDIT SALE
UID: 411668185590    REF #: 2961
BATCH #: 735     AUTH #: 083646     cing

AMOUNT               $334.63

APPROVED

THANK YOU!

CUSTOMER COPY

**2012 Subaru Impreza**
Odometer In: 57394
License: 51NRHRT        VIN: JF1GPAC61CH243313

| | Quantity | Sale | Extended |
|---|---|---|---|
| Rear Brake Pads/Shoes | 1.00 | $100.90 | $100.90 |

1.00   **Parts: $100.90**        **Sublet:**$0.00

0.36   **Parts: $0.00**          **Sublet:**$0.00

lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | | | Quantity | Sale | Extended |
|---|---|---|---|---|---|---|
| of | OIL FILTER | | | 1.00 | $3.99 | $3.99 |
| Mobi1 1 Synth | 0W20 | | | 6.50 | $8.99 | $58.44 |

**Labor: $8.50**      **Hrs:** 0.10   **Parts: $62.43**        **Sublet:**$0.00

Technician(s):  stacie andree, tech

I consent to receiving text messages regarding your services, via automated technology, to the cell phone number you have on file. I acknowledge that I do not have to provide this consent to receive your services. Message and data rates may apply.  Respond STOP to any message to cancel.

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.



| | |
|---|---|
| Labor Total: | $130.50 |
| Parts Total: | $163.33 |
| Sublet Total: | $0.00 |
| Shop Sup.: | $16.90 |
| HazMat: | $2.00 |
| Sub Total: | $312.73 |
| Tax Total: | $21.90 |
| Grand Total: | $334.63 |
| **Balance Due:** | **$334.63** |



SIGNATURE.................................................................................Date........................................................................

                       Page 1 Of  1                                        

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610  Fax: 732-477-6354

09/13/2014
Invoice #
**31416**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 71128
License: 51NRHRT          VIN: JF1GPAC61CH243313

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | | Quantity | Sale | Extended |
|---|---|---|---|---|---|
| of | OIL FILTER | | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | | 5.00 | $8.99 | $44.95 |

**Labor:** $8.50        **Hrs:** 0.10    **Parts:** $48.94        **Sublet:**$0.00

### Tires

Mount, and balance all four tires

| Part Number | Description | | Quantity | Sale | Extended |
|---|---|---|---|---|---|
| 205/55R16 | Cooper CS5 Ultra Touring | | 4.00 | $114.00 | $456.00 |

**Labor:** $48.00       **Hrs:** 0.53    **Parts:** $456.00       **Sublet:**$0.00

### NJ State tire tax

**Labor:** $0.00        **Hrs:** 0.00    **Parts:** $0.00         **Sublet:**$6.00

### *Symptom: Engines Crank OK but either is hard to start or will not start*

### Diagnose No Start/Hard Start

| Part Number | Description | | Quantity | Sale | Extended |
|---|---|---|---|---|---|
| 35PS | BATTERY / Std Automotive Battery | | 1.00 | $110.62 | $110.62 |

**Labor:** $27.00       **Hrs:** 0.30    **Parts:** $110.62       **Sublet:**$0.00

Technician(s):  stacie andree, tech

I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply. Respond
STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose of testing and/or
inspection. An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto. Warranty on parts and labor is one years or
12,000 miles whichever comes first. Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $83.50 |
| Parts Total: | $615.56 |
| Sublet Total: | $6.00 |
| Shop Sup: | $39.73 |
| HazMat: | $2.00 |
| Sub Total: | $746.79 |
| Tax Total: | $52.28 |
| Grand Total: | $799.07 |
| **Balance Due:** | **$799.07** |



SIGNATURE.................................................................  Date.............................................................

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

09/13/2014
Invoice #
**31416**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 71128
License: 51NRHRT          VIN: JF1GPAC61CH243313

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | | | Quantity | Sale | Extended |
|---|---|---|---|---|---|---|
| of | OIL FILTER | | | 1.00 | $3.99 | $3.99 |
| Synthetic | 0W20 | | | 5.00 | $8.99 | $44.95 |

    **Labor: $8.50**        **Hrs: 0.10**    **Parts: $48.94**        **Sublet:$0.00**

### Tires

Mount, and balance all four tires

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 205/55R16 | Cooper CS5 Ultra Touring | 4.00 | $114.00 | $456.00 |

    **Labor: $48.00**        **Hrs: 0.53**    **Parts: $456.00**        **Sublet:$0.00**

### NJ State tire tax

    **Labor:** $0.00        **Hrs:** 0.00    **Parts:** $0.00        **Sublet:$6.00**

## *Symptom : Engines Crank OK but either is hard to start or will not start*

### Diagnose No Start/Hard Start

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 35PS | BATTERY / Std Automotive Battery | 1.00 | $110.62 | $110.62 |

    **Labor: $27.00**        **Hrs: 0.30**    **Parts: $110.62**        **Sublet:$0.00**

Technician(s):  stacie andree, tech

I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply.  Respond
STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose to testing and/or
inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto. Warranty on parts and labor is one years or
12,000 miles whichever comes first. Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $83.50 |
| Parts Total: | $615.56 |
| Sublet Total: | $6.00 |
| Shop Sup: | $39.73 |
| HazMat: | $2.00 |
| --------------------- | |
| Sub Total: | $746.79 |
| Tax Total: | $52.28 |
| Grand Total: | $799.07 |
| **Balance Due:** | **$799.07** |



_____          Date

# Rich's Automotive

620 Mantoloking Road, Brick, NJ 08723
Text: RICHSAUTO  411247, For Specials
Phone: 732-477-1610   Fax: 732-477-6354

03/20/2015
Invoice #
**32988**

**Beth Whitehead**
11 Topez Lane
Lakewood NJ, 08701

**2012 Subaru Impreza**
Odometer In: 85805
License: 51NRHRT          VIN: JF1GPAC61CH243313

## *INVOICE*

### lube oil and filter

replace 5qts std grade oil/filter,lube
chassis check all fluids

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| of | OIL FILTER | 1.00 | $3.99 | $3.99 |
| SYNTH | 0W20 | 5.00 | $8.99 | $44.95 |

**Labor: $8.50**     **Hrs:** 0.10     **Parts: $48.94**          **Sublet:**$0.00

### Tire Rotation

Rotated Tires

| Part Number | Description | Quantity | Sale | Extended |
|---|---|---|---|---|
| 8-9924 | BLADE ACD / Wiper Blade | 1.00 | $29.84 | $29.84 |
| 8-9916 | BLADE ACD / Wiper Blade | 1.00 | $29.84 | $29.84 |

**Labor: $20.00**     **Hrs:** 0.22     **Parts: $59.68**          **Sublet:**$0.00

Technician(s): Kahl, Cory

I consent to receiving text messages regarding your services, via automated technology,
to the cell phone number you have on file. I acknowledge that I do not have to provide
this consent to receive your services. Message and data rates may apply.  Respond
STOP to any message to cancel.
I hereby authorize the above repair work to be done along with the necessary material
and hereby grant you and/or your employees permission to operate the car or truck
herein described on street, highways or elsewhere for the purpose to testing and/or
inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to
secure the amount of repairs thereto. Warranty on parts and labor is one years or
12,000 miles whichever comes first. Warranty work has to be performed in our shop &
cannot exceed the original cost of repair.

| | |
|---|---|
| Labor Total: | $28.50 |
| Parts Total: | $108.62 |
| Sublet Total: | $0.00 |
| Shop Sup: | $7.88 |
| HazMat: | $2.00 |
| ------------------- | |
| Sub Total: | $147.00 |
| Tax Total: | $10.30 |
| Grand Total: | $157.30 |
| **Balance Due:** | **$157.30** |



SIGNATURE........................................................................... Date...........................................................

Whitehead
11 Topaz Ln.
Lakewood, NJ 08701




7015 1730 0000 5547 6487




U.S. POSTAGE
PAID
BRICK, NJ
08723
AUG 28 16
AMOUNT
$5.92
R2304M111767-21

1000

RECEIVED

AT 8:30          M
WILLIAM T. WALSH CLERK

Clerk, United States District Court
Mitchell H. Cohen Building & U.S. Courth.
4th & Cooper Streets
Camden, NJ   08101

RECEIVED

AUG

AT 8:30          M
WILLIAM T. WALSH CLERK

RE: SUBARU